DOUGLAS H. WIGDOR (NY SBN 2609469)
dwigdor@wigdorlaw.com
MEREDITH A. FIRETOG (NY SBN 5298153)
mfiretog@wigdorlaw.com
(All to be admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800

OMAR H. BENGALI (CA SBN 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300

Kevin Mintzer (NY SBN 2911667)
km@mintzerfirm.com
Laura L. Koistinen (NY SBN 5755079)
llk@mintzerfirm.com
(All to be admitted *pro hac vice*)
**LAW OFFICE OF KEVIN MINTZER, P.C.**
1350 Broadway, Suite 1410
New York, NY 10018
Tel.: (646) 843-8180

*Attorneys for Plaintiff Kellye Croft*

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLYE CROFT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES DOLAN, HARVEY WEINSTEIN, JD & THE STRAIGHT SHOT, LLC, THE AZOFF COMPANY HOLDINGS LLC f/k/a/ AZOFF MUSIC MANAGEMENT, LLC, THE AZOFF COMPANY LLC f/k/a AZOFF | Case No. _____<br><br>**COMPLAINT SEEKING DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

1   MSG ENTERTAINMENT, LLC, DOE
    CORPORATIONS 1-10,

2                                  Defendants.

3

4

5

6

7

8

9

10

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT SEEKING DAMAGES

**TRIGGER WARNING:**
**THIS DOCUMENT CONTAINS HIGHLY GRAPHIC INFORMATION OF A**
**SEXUAL NATURE, INCLUDING SEXUAL ASSAULT**

Plaintiff Kellye Croft alleges as follows:

## **PRELIMINARY STATEMENT**

1.     In 2018, James Dolan sent an email to his "friends" sharing the debut of a new song he wrote.  He explained that the song was about his feelings about friends of his who were alleged to have used "power to coerce or force sexual gratification"—a clear reference to his former best friend and now convicted sexual predator Harvey Weinstein, who had recently been outed as a serial perpetrator of rape and sexual assault.

2.     The chorus of the song, "I Should've Known," is as follows:

> I should've known
> I should've known
> I should've thrown
> Myself across his tracks
> Stopped him from these vile attacks
> I should've known
> We believed and didn't see
> Through the lies he told us all
> They led him to his endless fall
> I should've known
> I should've known

3.     Among the "friends" Dolan sent this email to was Kellye Croft, a young woman from Smyrna, Tennessee.  Dolan met Ms. Croft in 2013, when she was 27 years old and he was 58 years old, and when she was working as a Licensed Massage Therapist on tour with the rock band, the Eagles.  Dolan, upon information and

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

1

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

belief, significantly contributed to the financing for that tour, and his band, JD & The Straight Shot, opened for the Eagles.

4.     Upon hearing this song, Ms. Croft was horrified—not just by the mediocrity of Dolan's music, but moreover by the blatant lie the song told.

5.     In January 2014, Dolan and related companies brought Ms. Croft to Los Angeles.  Although Ms. Croft was purportedly to perform work as a Licensed Massage Therapist, in reality, she was being trafficked by Dolan—a man over three decades older than her—under fraudulent pretenses for Dolan to engage in unlawful and unwelcome sex acts with her.

6.     Adding insult to injury, during this trip—because of Dolan's actions in facilitating, enabling, and aiding Weinstein in meeting Ms. Croft—Ms. Croft also fell victim to one of Weinstein's "vile attacks" mentioned in Dolan's song.

7.     Immediately after the attack by Weinstein, she told Dolan what happened.

8.     Contrary to Dolan's overly-insistent incantation in 2018 that he "should've known" about Weinstein's problematic behavior—he did know.  Dolan knew about Weinstein's predatory behavior prior to January 2014 as he readily admitted to Ms. Croft that he knew all about Weinstein's history of assaulting and sexually abusing women, telling her that "we all know" that Weinstein "has problems," and insisting that "his friends" were trying to get him "help."

2

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

9.     Ms. Croft was upset by Dolan's response, but at the time she was completely unaware of the extent to which Dolan, Weinstein, and Irving Azoff, manager of the Eagles, were all close friends and business partners.  As evidenced by the pictures below, these men were close to one another, and thus almost certainly knew details about each other's personal lives.



*James Dolan and Harvey Weinstein, 2005*



*James Dolan and Harvey Weinstein, 2014*

3
COMPLAINT SEEKING DAMAGES



*James Dolan, Irving Azoff, and Harvey Weinstein, 2015*

10.   Nor did Ms. Croft know that Dolan had a reputation for being brutish and difficult to work with.  Dolan's unlawful acts and misogynist views are now widely known, with Dolan having been found liable for attempting to silence Anucha Browne by terminating her employment after she complained about being sexually harassed by Isiah Thomas.  Even years after the $11.6 million jury verdict, Dolan refused to accept responsibility for his actions, claiming that Ms. Browne made up many of her allegations.

11.   In short, by claiming that he "should've known," James Dolan doth protest too much.  Although for many years, Ms. Croft had been too traumatized by these events to speak publicly about what happened to her, she is ready to speak out about what Dolan and  Weinstein separately did to her, and the ways in which Dolan facilitated—and orchestrated—Weinstein's horrific attack.  She needs the world to know: James Dolan unlawfully trafficked her for his own sexual gratification and

COMPLAINT SEEKING DAMAGES

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

knew about Weinstein's predatory behavior well before he published his musical mistruths; in fact, he knew before he joined the Board of Directors of Weinstein's production company.

## **PARTIES**

12.     Plaintiff Kellye Croft is a 38-year-old woman and is a resident of the State of Tennessee.

13.     Defendant Harvey Weinstein is, on information and belief, a citizen of the State of New York and presently is incarcerated at the Mohawk Correctional Facility in Rome, New York.

14.     Defendant James Dolan is, on information and belief, a citizen of the State of New York.

15.     Defendant JD & The Straight Shot, LLC is a New York domestic liability company.  On information and belief, JD & The Straight Shot, LLC is substantially or entirely owned, directly or indirectly, by Dolan.

16.     Defendant The Azoff Company Holdings, LLC, formerly known as Azoff Music Management LLC, is a music manager and is a Delaware limited liability corporation.

17.     Defendant The Azoff Company LLC, formerly known as Azoff MSG Entertainment LLC, was a 2013 joint venture between Azoff Music Management LLC and The Madison Square Garden Company.  In or about 2018, Azoff Music Management LLC acquired the portion of the joint venture owned by Madison

5

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

Square Garden Company.  The Azoff Company is a Delaware limited liability company.

18.    Defendants The Azoff Company Holdings, LLC and The Azoff Company, LLC are collectively referred to herein as the "Azoff Entities."  On information and belief, the Azoff Entities are directly or indirectly owned in substantial part by Irving Azoff.  The Azoff Entities with JD & The Straight Shot, LLC are together referred to herein as the "Corporate Defendants."

19.    During the relevant period, Ms. Croft was jointly employed by the Azoff Entities and JD & The Straight Shot, LLC, which were jointly responsible for paying Ms. Croft and controlling her work.

20.    Doe Corporations 1-10 are unknown successor and related entities of the Corporate Defendants who, on information and belief, participated in the events described within that are the basis of Plaintiff's claims.

## JURISDICTION AND VENUE

21.    This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343, as this action asserts violations of 18 U.S.C. § 1591, *et seq.*, and therefore raises federal questions regarding the deprivation of Plaintiff's rights.  The Court has supplemental jurisdiction over Plaintiff's related claims arising under state law pursuant to 28 U.S.C. § 1367(a).

COMPLAINT SEEKING DAMAGES

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

22.     Pursuant to 28 U.S.C. § 1391(b), venue is proper in this Court because a substantial part of the events or omissions giving rise to this action, including the intentional and negligent tortious conduct alleged herein, occurred in this District.

## FACTS

### I.     Ms. Croft Joins The Eagles on Tour

23.     Kellye Croft was born and raised in Tennessee, and by her mid-twenties, had achieved success in her dream career as a Licensed Massage Therapist with her own small studio.

24.     In fall of 2013, she was presented with what she believed was her big break, and the opportunity of a lifetime—to serve as the massage therapist for Glenn Frey of the legendary rock band, the Eagles, on their tour, "History of the Eagles – Live in Concert."

25.     For Ms. Croft, this was an unprecedented opportunity, and her friends and family were incredibly proud.  At the same time, Ms. Croft was intimidated by the offer to travel across the country with a world-famous rock band: she had not traveled extensively before, had never lived on her own, and had never spent more than a few nights away from her tight-knit Tennessee community.

26.     After a few shows with the Eagles in October 2013, Ms. Croft was thrilled when Tom Golseth, the Eagles' tour manager, reached out to her to see if she would be available to join the band on tour in North Carolina, Alabama, and

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

7

Florida in November.  She gladly accepted the position, and the band arranged for Ms. Croft's massage table to be transported with the band.

27.     While traveling with the band was an exciting experience, Ms. Croft was also overwhelmed.  This was particularly true because she did not know anyone else on the tour, and therefore felt extremely isolated.

28.     The experience became even more lonely and stressful for Ms. Croft when she got into a disagreement with Golseth, who had inappropriately chastised her and embarrassed her in front of other tour members.

29.     To make matters worse, soon after these interactions took place, Golseth was fired from the Eagles tour.  Thereafter, Ms. Croft became completely ostracized from other tour members, who believed she was the reason for the tour manager's firing.

## II.     Ms. Croft Meets Dolan and Is Lured into Unwanted Sexual Contact

30.     In addition to serving as Frey's masseuse, tour management gave Ms. Croft permission to open up massage slots for others on the tour and she did her best to help and accommodate others who requested her services.

31.     During the November 2013 leg of the tour, Ms. Croft regularly shared her business card with others backstage, both to generate business and to counteract the profound sense of isolation she felt while traveling with the band.

COMPLAINT SEEKING DAMAGES

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

32.     On one occasion, she shared her card with James Dolan, the lead singer of the band opening for the Eagles, JD & The Straight Shot.  Ms. Croft had never heard of Dolan, and when she met him, did not know the immense wealth, power, and influence he had.  She later came to understand that Dolan was in multiple business ventures with the Eagles management company, Azoff Music Management, and heard that Dolan was a significant funder of the tour, which allowed him to place his mediocre band as the opening act.

33.     Days after Golseth was fired, Dolan scheduled a massage with Ms. Croft.  Given her unfamiliarity with Dolan, she did not think much of the appointment—in fact, she was extremely distracted, as the appointment fell within days of the incident with Golseth and very soon after news broke that Golseth was fired from the tour—purportedly because of what occurred between him and Ms. Croft.

34.     Dolan noticed how upset Ms. Croft was, and he asked her to explain what was wrong.  She explained what had happened, and Dolan responded to her stating, "I will make sure this is taken care of."  Ms. Croft dismissed her massage client's statement, not recognizing how much power and influence Dolan had over others on the tour.

35.     Ms. Croft did not know, for example, that Dolan was extremely close friends with Irving Azoff, who, through his company, was the music manager for

9

both the Eagles and JD & The Straight Shot.  Indeed, around this time, Dolan was one of a select group of friends who Azoff called every morning to "chat" and "get ready for battle."[1]  When Dolan and Irving Azoff started Azoff MSG Entertainment LLC in or about September 2013, Dolan publicly stated that Irving Azoff "was going to run everything."  Dolan also stated, "We're going to be a good partner, but [Irving Azoff] is not subject to a board of directors.  He just has me."[2]

36.     At some point after Dolan's statement to Ms. Croft that he would take care of her predicament, Frey called Ms. Croft and apologized repeatedly and profusely to her for the situation with Golseth.  Ms. Croft found this behavior extremely out of character for Frey.

37.     In mid-November 2013, Ms. Croft joined the band in Miami for another part of the Eagles tour.  Unfortunately, Ms. Croft continued to feel ostracized by others because of Golseth's firing and was even more isolated than before.

38.     During this trip, Dolan scheduled his second massage with Ms. Croft.  Dolan asked Ms. Croft how the situation concerning Golseth had evolved, and Ms. Croft noted that Frey had apologized to her and that she hoped things would get better, although noted that she still felt isolated.  Dolan responded, "I told you it

---

[1]     *See* Scott Cacciola, *The Man in the Middle*, N.Y. Times (March 24, 2014), www.nytimes.com/2014/03/25/sports/basketball/the-man-in-the-middle-of-the-knicks-deal-with-jackson.html (last accessed January 15, 2024).

[2]     Todd Martens, *Madison Square Garden Invests $125 million in Irving Azoff Firm*, L.A. Times (Sept. 4, 2013), https://www.latimes.com/entertainment/music/posts/la-et-ms-madison-square-garden-125-million-irving-azoff-firm-20130904-story.html (last accessed January 15, 2024).

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

would be taken care of," thereby insinuating that he was the one who caused Frey to apologize to her.

39.    At that moment, Ms. Croft began to understand the power Dolan had on the tour—he was even able to get Frey to apologize to her.

40.    At that same time, in the context of Ms. Croft's professional massage of Dolan, he felt emboldened to further flex his power and influence over Ms. Croft. Towards the end of the massage, Dolan pulled Ms. Croft towards him.  She tried to push away, stating that she was very uncomfortable and that she took her job as a masseuse very seriously and that she wanted to remain professional.

41.    Ms. Croft tried to bring the massage to an end, but Dolan proceeded to come on even stronger, treating Ms. Croft's resistance as part of a challenge or a game.

42.    Dolan then grabbed Ms. Croft's hands, dragging her to a couch in the same room and forcing her hands between his knees as he sat down.  Ms. Croft was adamant that she did not want to have any sexual interactions with Dolan, who was married at the time and over thirty years older than Ms. Croft.

43.    Dolan was extremely assertive, and pressured Ms. Croft into unwanted sexual intercourse with him.  She felt disgusted and terrified of the situation, but the extreme isolation she felt from others on the tour, coupled with Dolan's attention to her, his assertions that he would take care of her, and her recognition that this man

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

COMPLAINT SEEKING DAMAGES

held immense power over everyone's position on the tour—including hers—led her to submit to Dolan's advances.

44.    Following this unwanted sexual contact, Ms. Croft was summoned to Dolan's room multiple times during the remainder of that part of the tour.  On each of these occasions, Dolan made unwelcome advances toward Ms. Croft, and she felt obligated to submit to sex with him.

45.    Dolan was extremely manipulative, constantly reminding Ms. Croft of the way he "fixed" the situation with Golseth for her.  He would also regularly name-drop famous celebrities and sports stars he said were his friends.  Although Dolan claimed to be sober, Ms. Croft saw multiple bottles of Valium and Ambien in Dolan's possession.

46.    Ms. Croft was disgusted by Dolan, but her youth and extreme loneliness while on the road with strangers, as well as Dolan's immense power, made it possible for Dolan to manipulate Ms. Croft and lure her under his control.

### III.    Dolan and Other Entities Traffick Ms. Croft to California

47.    Around the end of 2013, Ms. Croft received a request from the Azoff Entities to join the tour in Los Angeles, California.

48.    Although Ms. Croft understood that she was being flown out to California by the Azoff Entities to work for the Eagles and Frey, she later learned that she was working for both the Eagles and Dolan.  Marc Robbins, an executive

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

with the Azoff Entities, forwarded Ms. Croft an email that suggested her flight to California would be would be expensed on "the JD credit card." On information and belief, "JD" referred to James Dolan and/or JD & The Straight Shot.

49.     Ms. Croft thought it was strange that she was invited to Los Angeles, as normally when the Eagles were in a major city, the band members were too busy to schedule massages with her.  Frey also lived in California and had another masseuse on call in Los Angeles, so Ms. Croft was not needed.  Nevertheless, Ms. Croft was grateful for the work and accepted the invitation.  When she did so, Ms. Croft did not know that JD & The Straight Shot and Dolan would be opening for the Eagles on this part of the tour.

50.     In Los Angeles, the Azoff Entities, including Robbins, arranged for Ms. Croft to be picked up at the airport by an employee of the Azoff Entities and to stay at The Peninsula Hotel in Beverly Hills.  Unlike the other tour stints that she joined with the Eagles, Ms. Croft was not housed at the same hotel as the band and the other tour support staff; instead, she was at the same hotel as Dolan and JD & The Straight Shot.

51.     Ms. Croft was given a room to perform massages at the Forum, the newly re-opened venue funded by Irving Azoff and James Dolan.  Ms. Croft spent the majority of the time in Los Angeles by herself in the room at the Forum.  Almost no tour members signed up for massage appointments.

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

13

COMPLAINT SEEKING DAMAGES

52.     Although the Azoff Entities purported to fly Ms. Croft from Tennessee to California to perform legal massage services for the Eagles and other tour members, in reality, Ms. Croft was flown out to Los Angeles for the purposes of engaging in unwanted sexual acts with Dolan.  On information and belief, the Azoff Entities arranged for Ms. Croft to be brought to California at Dolan's request.  In doing so, the Azoff Entities knew or acted in reckless disregard to the fact that Dolan sought Ms. Croft's presence not for legitimate business purposes, but because he wished to sexually exploit Ms. Croft.

53.     Indeed, Dolan expected Ms. Croft to have sexual interactions with him during the tour, and she spent her time either isolated by herself or waiting for instructions from Dolan.

54.     At times, Dolan acted romantically toward Ms. Croft, pretending that he had brought her to California for something more than merely satisfying his desire to have a sex-fueled "rock star" experience on the road.  Ms. Croft's youthful naivete led her to believe, at the time, that Dolan actually cared about her.

55.     Dolan even suggested that he would rent a car and drive with Ms. Croft down the Pacific Coast Highway.  Instead, Ms. Croft was left alone at the Forum or at The Peninsula while other tour members socialized.

COMPLAINT SEEKING DAMAGES

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

## IV.    Dolan Fraudulently Coordinates a Meeting Between Ms. Croft and <u>Harvey Weinstein</u>

56.    A few days into this leg of the tour, on January 21, 2014, Dolan encouraged Ms. Croft to join two female assistants from Irving Azoff Management for shopping and dinner in Los Angeles.  After shopping for clothes, the three women had dinner at a burger restaurant.  Ms. Croft was nervous and uncomfortable around these two strangers.

57.    When she returned to the Peninsula, she waited for the elevator to her floor next to a large man she had never seen before while holding her shopping bags and a box of leftover food.  When the elevator arrived, Ms. Croft and the man entered the elevator together.

58.    In the elevator, the large man asked Ms. Croft, "who is that to-go box for?"  She responded that she was going to give it to her friend James Dolan, who was also staying at the hotel.

59.    The man responded to Ms. Croft that Dolan was "one of his best friends," and proceeded to ask Ms. Croft if she was "the massage therapist." According to the man, Dolan had mentioned his massage therapist and had said great things about her.  He introduced himself as Harvey Weinstein.

60.     Ms. Croft did not know much about Weinstein other than what she had heard  from Dolan himself, who had boasted about having a "buddy" who worked on all the cool movies in Hollywood.

61.     In the elevator, Weinstein suggested that he might have work opportunities for Ms. Croft, stating that "we always need massage therapists on set for actors and actresses."  He asked Ms. Croft if she would be interested in such an opportunity.

62.     Ms. Croft was stunned by the offer and said that she would be happy to discuss such a role.

63.     Weinstein suggested that they discuss the job opportunity immediately, and he insisted that Ms. Croft join him in his suite to continue the conversation.

64.     Ms. Croft's hotel room was near Weinstein's.  Because she had no other obligations that evening, she agreed to join Weinstein to discuss what sounded like a dream job opportunity.

65.     After entering Weinstein's suite, Ms. Croft sat down on a couch in the living room area and set down her to-go box and shopping bags near her.  Weinstein nodded towards Ms. Croft's shopping bags and told her that she should try on the clothes she purchased for him.  Weinstein told Ms. Croft that as a producer for the show Project Runway, he "really knew" clothes and could tell when things "fit properly."

COMPLAINT SEEKING DAMAGES

66.     Although confused by the request, Ms. Croft was extremely intimidated by Weinstein.  As Ms. Croft began to take her shopping bags to the bathroom in the living room area of the suite, Weinstein stopped her, telling her to try on the clothes "out here," insisting that "that's how we do it here."

67.     Ms. Croft explained that she was not comfortable with changing in front of him and proceeded to the bathroom.  Weinstein appeared amused at Ms. Croft's protestations.

68.     After trying on some clothes, Ms. Croft returned to the couch to discuss the work opportunity Weinstein had mentioned.  Weinstein handed Ms. Croft a drink, but she only took a sip or two, wanting to focus instead of the potential business opportunity.

69.     Weinstein was extremely complementary towards Ms. Croft, noting that she reminded him of actress Reese Witherspoon.

**V.      Weinstein Sexually Assaults Ms. Croft and Ms. Croft Immediately Reports the Assault to Dolan**

70.     As the conversation turned to massage therapy, Weinstein asked Ms. Croft if she could "show [him] what she could do" and requested that she give him a massage.  Ms. Croft immediately dismissed the request, noting that she was very particular about only performing massages properly using her massage table.

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

71.     Around this time, Weinstein came behind Ms. Croft on the couch and began rubbing her shoulders, again requesting that she massage him. Uncomfortable, Ms. Croft again stated she would not perform any massage without the proper set up.

72.     Weinstein then excused himself to go to the bathroom.  When he returned to the living room area of the suite, he was wearing a loosely tied bathrobe and appeared to be naked underneath the bathrobe.  While standing mostly unclothed in front of Ms. Croft, he asked her, "so, when are you going to give me a massage?"

73.     Ms. Croft was terrified and panicked.  She immediately tried to figure out a way to avoid the escalating situation.  She reiterated that it was very important to have her massage table, especially for someone with a "greater stature" like Weinstein.  Frantic to avoid what Weinstein was requesting, she also suggested that she would need permission the Eagles to perform any other massages, as she was brought out to Los Angeles for them specifically.

74.     Weinstein was unphased by Ms. Croft's attempts to get away and asked her to look at the bed in the bedroom of the suite because it was "perfect" for a massage.

75.     When Ms. Croft again said she was not comfortable with the situation, Weinstein began to get irritated and angry with her.  He stated, "well this is just how

18

COMPLAINT SEEKING DAMAGES

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

1  people do things in Hollywood, if you will not be reasonable and are not able to

2  handle requests on the fly, you won't make it in Hollywood."

3      76.    Ms. Croft agreed to look at the bed, but again assured Weinstein that

4
5  the bed would not work for a massage, and that she really needed her table and for

6  his body to be draped with a sheet or blanket.  Weinstein became very angry, stating

7
8  that Ms. Croft could easily massage him on the bed and that he liked to be completely

9  naked.

10     77.    Ms. Croft tried to leave the room, but Weinstein blocked the door to

11
12 prevent her from leaving.  Terrified and desperate, Ms. Croft tried one last attempt

13 to avoid Weinstein, stating that she felt "so lucky to have the opportunity to work

14
15 on" Weinstein and wanted to make sure that it was done correctly so that she could

16 show him what she is capable of.  Weinstein reluctantly agreed and allowed Ms.

17 Croft to exit the suite.

18     78.    Ms. Croft hurried down the hallway to her hotel room, but as she left,

19
20 she realized that Weinstein had followed her out of his suite down the hallway.  He

21 was still only wearing a loosely tied bathrobe.

22     79.    Ms. Croft arrived at her room and rushed inside.  Once inside, Ms. Croft

23
24 attempted to push the door closed.  As the door closed, though, Weinstein stuck his

25 foot in the opening of the door and pushed the door open.  He barged into Ms. Croft's

26 hotel room.

27

28

COMPLAINT SEEKING DAMAGES

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

80.     Weinstein then backed Ms. Croft onto the bed, forced her down, and forced her legs open.  Standing between her legs, he undid his robe, and shoved his fingers inside of her, using his other hand to hold her down.  He tried to force his penis inside of her, although he struggled to do so.

81.     Ms. Croft fought back the best she could, although she recalls that Weinstein felt like a giant compared to her.  She struggled to sit up, push him away, and tried as hard as she could to keep her legs together.

82.     In the midst of the assault, Ms. Croft's hotel room phone began to ring. She tried to use the phone as an excuse to escape, stating "that's probably Jim Dolan calling me, he is going to come down here if I don't answer his call."

83.     Ms. Croft managed to wriggle away enough to grab the phone, and discovered that it was, in fact, Dolan calling her.  She picked up the call and told Dolan that she would be with him shortly.

84.     After hearing her speak to Dolan, Weinstein backed off of Ms. Croft. He then stated to her, "well, you know Jim and I are best friends.  He's going to be very disappointed that you led me on, this won't look good for you."  Weinstein then left Ms. Croft's hotel room.

85.     Rattled and shaken, Ms. Croft went to Dolan's hotel room.  She was visibly upset, and Dolan inquired what was wrong.

20

COMPLAINT SEEKING DAMAGES

86.    In response, Ms. Croft told Dolan that she had met Weinstein in the elevator lobby, had joined him for a discussion, and that Weinstein was "sexually aggressive" with her.

87.    Dolan was not at all surprised by the fact that Ms. Croft had "randomly" happened to meet one of his "best friends" at the hotel.  Nor, incredibly, did Dolan express any surprise at the news that Weinstein was "sexually aggressive" with Ms. Croft.  To the contrary, Dolan responded to Ms. Croft's report of sexual assault in a completely matter-of-fact tone, noting that Weinstein was "a troubled person" that had a lot of "serious issues," but that his friends were "trying to get him to address" those issues.  Dolan intimated that Weinstein was not a "safe" person but did little to console Ms. Croft or help her to report the assault to the authorities.  Indeed, with his comments, Ms. Croft felt that Dolan completely dismissed the gravity of the situation and did not truly care about what his friend had done to her.

88.    The day after the attack, Ms. Croft attempted to work but felt so physically and emotionally unwell that Robbins, the executive from the Azoff Entities, sent a doctor to see her.  In the following days, Ms. Croft felt so physically and emotionally unwell that she called out sick from work.  She found herself unable to leave her hotel room, wracked with shame and disgust, and completely isolated.  Dolan was aware that Ms. Croft was unwell after Weinstein's horrific attack.

COMPLAINT SEEKING DAMAGES

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

89.    Ms. Croft left the tour after the Los Angeles concerts heartbroken and traumatized.

90.    The Azoff Entities arranged and paid for Ms. Croft's return flight from Los Angeles to Tennessee.

## VI.    Ms. Croft Suffers Following Dolan's Exploitation and Manipulation and Weinstein's Horrific Sexual Attack

91.    Ms. Croft was never the same after her experiences on tour with the Eagles.

92.    When she returned home to Tennessee, her friends and family noticed that she was no longer as happy and energetic as she used to be.

93.    Moreover, she lost her passion and love for massage therapy—a practice she had previously devoted her life to.  When she had scheduled massage appointments with clients following the tour, she would often have panic attacks leading up to the appointment.  On multiple occasions, just before starting a massage, Ms. Croft's muscles would tense so extremely that she could not move her hands or perform a massage.  On these occasions, she would retreat to an empty room where she would cry and shake until she could call her parents to pick her up.

94.    To cope with the incessant stress and horrific memories of the tour, Ms. Croft turned to drugs and alcohol to forget about the assault and to assuage her feelings of shame and guilt for getting roped into Dolan's manipulations.   Her

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

substance use turned to abuse, and she later required extensive rehabilitation to cope with her depression and the related substance use.

95.     Weinstein's assault and Dolan's unlawful sex trafficking and manipulation—both together and separately—weighed on Ms. Croft for years. She struggled to form healthy relationships with men, as she felt betrayed by her trusting nature, believing it led Dolan to take advantage of her and allowed Weinstein to attack her.

96.     Tragically, Ms. Croft has since abandoned her lifelong love of massage therapy. She is unable to engage in the healing physical practice that she cared so deeply for, as now it carries all of the pain and devastation caused by Dolan and Weinstein.

### FIRST CAUSE OF ACTION
**(Violation of 15 U.S.C. § 1591)**
***Against James Dolan and The Corporate Defendants***

97.     Plaintiff repeats and realleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

98.     Plaintiff is a victim of sex trafficking within the meaning of 18 U.S.C. § 1591(a) and (b) and is therefore entitled to bring a civil action under 18 U.S.C. § 1595.

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

COMPLAINT SEEKING DAMAGES

99. Defendant Dolan and the Corporate Defendants formed a venture as defined by 18 U.S.C. § 1591 given that they constituted a "group of two or more individuals associated in fact, whether or not a legal entity."

100. Defendants' acts and omissions, taken separately and/or together, as outlined above, constitute a violation of 18 U.S.C. § 1591. Specifically, Defendant James Dolan and the Corporate Defendants perpetrated sex trafficking of Ms. Croft by transporting her to California for the purposes of providing sexual favors, and all Defendants benefitted from Dolan's venture by keeping Ms. Croft subject to Dolan's demands and desires. At all relevant times, Defendants participated in and facilitated the harboring and transportation of Plaintiff for purposes of sex induced by force, fraud, or coercion.

101. The Corporate Defendants, including the Azoff Entities, have financially and otherwise benefited as a result of these acts and omissions by keeping Dolan satisfied. In addition to the extremely close personal relationship between Dolan and Irving Azoff, Dolan was a critically important business partner for the Azoff Entities, reflected by Dolan's decision to have Madison Square Garden invest $175 million in Azoff MSG Entertainment, LLC and to serve as a funding source for the Eagles 2014 tour. The Azoff Entities thus benefited from facilitating Dolan's behavior to the extent it kept their partner, a notoriously erratic billionaire, happy.

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

102. As a direct and proximate result of Defendants' unlawful conduct as alleged hereinabove, Plaintiff has suffered physical injury, severe emotional distress and anxiety, humiliation, embarrassment, post-traumatic stress disorder, economic harm, and other consequential damages.

103. Plaintiff also seeks reasonable attorneys' fees as provided under 18 U.S.C. § 1595(a).

### SECOND CAUSE OF ACTION
**(Sexual Assault/Forcible Touching)**
*Against James Dolan*

104. Plaintiff repeats and realleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

105. Defendant James Dolan committed an assault and battery against Plaintiff because he intentionally engaged in trafficking Plaintiff for commercial sex acts, and engaged in unlawful, intentional, and offensive touching or application of force to Plaintiff's person, where Plaintiff did not act freely and voluntarily with knowledge of the nature of the transactions involved, as defined in Cal. Penal Code §§ 236.1, 240, 243, 243.4, and 261.

106. As a result of Dolan's alleged conduct, Plaintiff has suffered physical injury, severe emotional distress, humiliation, embarrassment, anxiety, economic harm, and other consequential damages.

25

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

107.   The conduct of Dolan described above was willful, wanton, and malicious.  At all relevant times, Dolan acted with conscious disregard of Plaintiff's rights and feelings, acted with the knowledge of or with reckless disregard for the fact that his conduct was certain to cause injury and/or humiliation to Plaintiff, and intended to cause fear, physical injury, and/or pain and suffering to Plaintiff.  By virtue of the foregoing, Plaintiff is entitled to recover punitive and exemplary damages from James Dolan according to proof at trial.

### THIRD CAUSE OF ACTION
### (Sexual Assault/Forcible Touching)
### *Against Harvey Weinstein*

108.   Plaintiff repeats and realleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

109.   Defendant Harvey Weinstein committed an assault and battery against Plaintiff because he intentionally engaged in unlawful, intentional, and offensive touching or application of force to Plaintiff's person , as defined in Cal. Penal Code §§ 240, 243, 243.4 and 261.

110.   As a result of Harvey Weinstein's alleged conduct, Plaintiff has suffered physical injury, severe emotional distress, humiliation, embarrassment, anxiety, economic harm, and other consequential damages.

111.   The conduct of Harvey Weinstein described above was willful, wanton, and malicious.   At all relevant times, Harvey Weinstein acted with conscious

26

disregard of Plaintiff's rights and feelings, acted with the knowledge of or with reckless disregard for the fact that his conduct was certain to cause injury and/or humiliation to Plaintiff, and intended to cause fear, physical injury, and/or pain and suffering to Plaintiff.  By virtue of the foregoing, Plaintiff is entitled to recover punitive and exemplary damages from Harvey Weinstein according to proof at trial.

## FOURTH CAUSE OF ACTION
**(Aiding and Abetting Sexual Assault and Forcible Touching)**
***Against James Dolan***

112.   Plaintiff repeats and realleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

113.   Defendant James Dolan aided, abetted, advised, encouraged, enabled, and facilitated Defendant Harvey Weinstein's battery and assault of Plaintiff by orchestrating and facilitating a meeting between Weinstein and Plaintiff for the purposes of Weinstein engaging in sex acts with Plaintiff, and Weinstein did in fact intentionally engage in unlawful, intentional, and offensive touching or application of force to Plaintiff's person, as defined in Cal. Penal Code §§ 240, 243, 243.4 and 261.

114.   As a result of James Dolan's alleged conduct in aiding and abetting Weinstein's criminal acts, Plaintiff has suffered physical injury, severe emotional distress, humiliation, embarrassment, anxiety, economic harm, and other consequential damages.

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

115.   The conduct of James Dolan described above was willful, wanton, and malicious.  At all relevant times, James Dolan acted with conscious disregard of Plaintiff's rights and feelings, acted with the knowledge of or with reckless disregard for the fact that his conduct was certain to cause injury and/or humiliation to Plaintiff, and intended to cause fear, physical injury, and/or pain and suffering to Plaintiff.  By virtue of the foregoing, Plaintiff is entitled to recover punitive and exemplary damages from James Dolan according to proof at trial.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays judgment be entered in her favor against Defendants, and each of them, as follows:

1.   For a money judgment representing compensatory damages including consequential damages, lost wages, earning, and all other sums of money, together with interest on these amounts, according to proof;

2.   For an award of money judgment for mental pain and anguish and severe emotional distress, according to proof;

3.   For punitive and exemplary damages according to proof;

4.   For attorneys' fees and costs;

5.   For prejudgment and post-judgment interest; and

6.   For such other and further relief as the Court may deem just and proper.

COMPLAINT SEEKING DAMAGES

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues of fact and damages stated herein.

Dated: January 16, 2024

Respectfully submitted,

**WIGDOR LLP**
Douglas H. Wigdor
Meredith A. Firetog
(All to be admitted *pro hac vice*)
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com

**LAW OFFICE OF KEVIN MINTZER, P.C.**
Kevin Mintzer
Laura L. Koistinen
(All to be admitted *pro hac vice*)
1350 Broadway, Suite 1410
New York, New York 10018
km@mintzerfirm.com
llk@mintzerfirm.com

**GIRARD BENGALI, APC**

By: _____
    Omar H. Bengali

355 S Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (323) 302-8300
obengali@girardbengali.com

*Attorneys for Plaintiff Kellye Croft*

29

COMPLAINT SEEKING DAMAGES