WIGDOR LLP
85 FIFTH AVE, FIFTH FLOOR
NEW YORK, NEW YORK 10003
(212) 257-6800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLYE CROFT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES DOLAN, JD & THE STRAIGHT SHOT, LLC, THE AZOFF COMPANY HOLDINGS LLC f/k/a/ AZOFF MUSIC MANAGEMENT, LLC, THE AZOFF COMPANY LLC f/k/a AZOFF MSG ENTERTAINMENT, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-00371-PA(AGR)<br>—————<br><br>**ORDER**<br><br>Complaint Filed: January 16, 2024 |

## ORDER

Upon consideration of the Stipulation between counsel for Plaintiff Kellye Croft ("Plaintiff"), Defendants Dolan and JD & The Straight Shot, LLC ("Dolan Defendants"), and Azoff Company Holdings LLC f/k/a Azoff MSG Entertainment, LLC, and The Azoff Company LLC f/k/a Azoff MSG Entertainment, LLC ("Azoff Defendants"), it is hereby **ORDERED** that the Stipulated Briefing Schedule is GRANTED and it is **SO ORDERED** that the briefing and hearing schedule for the Dolan Defendants' Motion and the Azoff Defendants' Motions shall be as follows:

1. The Dolan Defendants and the Azoff Defendants shall file their motions on or before March 25, 2024;

2. Plaintiff's opposition briefs shall be filed on or before April 15, 2024;

3. The Dolan Defendants' and the Azoff Defendants' reply briefs shall be filed on or before April 29, 2024; and

4. The motions shall be noticed for hearing on May 13, 2024, at 1:30 p.m.

**IT IS SO ORDERED**:

DATED this 21st day of March, 2024

_____
PERCY ANDERSON
United States District Judge