UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-371 PA (AGRx) | Date | April 16, 2024 |
|---|---|---|---|
| Title | Kellye Croft v. James Dolan, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Kamilla Sali-Suleyman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     **IN CHAMBERS — COURT ORDER**

    The Court is in receipt of a First Amended Complaint filed by plaintiff Kellye Croft ("Plaintiff"). (Docket No. 48.) Plaintiff was entitled to file the First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which allows a party to "amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f)." The Motions to Dismiss filed by defendants The Azoff Company Holdings LLC and The Azoff Company LLC (Docket No. 44) and by defendants James Dolan and JD & the Straight Shot, LLC (Docket No. 47) are denied as moot. See Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015). The hearings calendared for May 13, 2024 are vacated and the matters taken off calendar.

    IT IS SO ORDERED.