DOUGLAS H. WIGDOR (NY SBN 2609469)
dwigdor@wigdorlaw.com
MEREDITH A. FIRETOG (NY SBN 5298153)
mfiretog@wigdorlaw.com
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800

OMAR H. BENGALI (CA SBN 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300

KEVIN MINTER (NY SBN 2911667)
km@mintzerfirm.com
LAURA L. KOISTINEN (NY SBN 5755079)
llk@mintzerfirm.com
(Admitted *pro hac vice*)
**LAW OFFICE OF KEVIN MINTZER, P.C.**
1350 Broadway, Suite 1410
New York, NY 10018
Tel.: (646) 843-8180

*Attorneys for Plaintiff Kellye Croft*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| KELLYE CROFT, | Case No. 2:24-cv-00371-PA (AGR) |
|---|---|
| Plaintiff, | **DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DOLAN DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| JAMES DOLAN, HARVEY WEINSTEIN, JD & THE STRAIGHT SHOT, LLC, THE AZOFF COMPANY HOLDINGS LLC f/k/a/ AZOFF MUSIC MANAGEMENT, LLC, THE | |

DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DOLAN DEFENDANTS' MOTION TO DISMISS

| | |
|---|---|
| 1 | AZOFF COMPANY LLC f/k/a AZOFF MSG ENTERTAINMENT, LLC, DOE CORPORATIONS 1-10, |
| 2 | |
| 3 | Defendants. |

DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DOLAN DEFENDANTS' MOTION TO DISMISS

I, KELLYE CROFT, hereby state under penalty of perjury that:

1. I am the plaintiff in the above captioned case. I make this declaration in support of Plaintiff's opposition to Defendants James Dolan and JD & The Straight Shot, LLC's motion to dismiss.

2. Before I retained counsel in 2023 to represent me concerning the claims alleged in the Amended Complaint, I did not know about The Weinstein Company ("TWC") bankruptcy or that there had been a fund established for Harvey Weinstein's victims related to that bankruptcy.

3. Before I retained counsel in 2023 to represent me concerning the claims alleged in the Amended Complaint, I did not know that James Dolan was ever a board director of TWC or that the bankruptcy of TWC could have any connection to any legal claims I might have had against James Dolan.

4. Throughout my life, I have resided in Tennessee. I have never been a subscriber or regular reader of Variety, The Hollywood Reporter, or the New York Post. Although it is possible I may have read one or more articles from those publications online, I do not believe I have ever had a print copy of any of those publications.

5. I never saw any legal notice in any newspaper or magazine about TWC bankruptcy.

6. I did not personally receive notice of any kind of TWC bankruptcy.

7. I have never agreed to waive any claims against TWC, James Dolan, or Harvey Weinstein. I have received no compensation, financial or otherwise, for the release of any claims against anyone in connection with TWC bankruptcy.

1

DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DOLAN DEFENDANTS' MOTION TO DISMISS

1  I declare under penalty of perjury under the laws of the State of Tennessee
2  that the foregoing is true and correct. Executed this May ___13.00___, 2024, in __Tennessee__,
3  Tennessee.

By: *[DocuSigned signature: B0C2ADBFE0844CF...]*
Kellye Croft

*Plaintiff Kellye Croft*

2

DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO DOLAN DEFENDANTS' MOTION TO DISMISS