DOUGLAS H. WIGDOR (NY SBN 2609469)
dwigdor@wigdorlaw.com
MEREDITH A. FIRETOG (NY SBN 5298153)
mfiretog@wigdorlaw.com
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800

OMAR H. BENGALI (CA SBN 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300

Kevin Mintzer (NY SBN 2911667)
km@mintzerfirm.com
Laura L. Koistinen (NY SBN 5755079)
llk@mintzerfirm.com
(Admitted *pro hac vice*)
**LAW OFFICE OF KEVIN MINTZER, P.C.**
1350 Broadway, Suite 1410
New York, NY 10018
Tel.: (646) 843-8180

*Attorneys for Plaintiff Kellye Croft*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLYE CROFT, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES DOLAN, HARVEY WEINSTEIN, JD & THE STRAIGHT SHOT, LLC, THE AZOFF COMPANY HOLDINGS LLC f/k/a/ AZOFF MUSIC MANAGEMENT, LLC, THE | Case No. 2:24-cv-00371-PA (AGR) <br><br> **DECLARATION OF MEREDITH A. FIRETOG IN OPPOSITION TO THE DOLAN DEFENDANTS' MOTION TO DISMISS** |

DECLARATION OF MEREDITH A. FIRETOG IN OPPOSITION TO DOLAN
DEFENDANTS' MOTION TO DISMISS

| | |
|---|---|
| 1 | AZOFF COMPANY LLC f/k/a AZOFF MSG ENTERTAINMENT, LLC, DOE CORPORATIONS 1-10, |
| 2 | |
| 3 | Defendants. |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | DECLARATION OF MEREDITH A. FIRETOG IN OPPOSITION TO DOLAN DEFENDANTS' MOTION TO DISMISS |
| 28 | |

WIGDOR LLP
85 FIFTH AVENUE, FIFTH FLOOR
NEW YORK, NY 10003
(212) 257-6800

I, Meredith Firetog, declare as follows:

1. I am a partner at Wigdor LLP, attorneys of record for Plaintiff Kellye Croft ("Plaintiff" or "Ms. Croft"). I make this declaration in opposition to the Defendants James Dolan and JD and the Straight Shot's (the "Dolan Defendants') Motion to Dismiss.

2. According to publicly available sources, James Dolan served on the Board of Directors of The Weinstein Company ("TWC") from about mid-2015 to June 2016.

3. Following the public disclosure of Harvey Weinstein's history of predatory conduct, on March 19, 2018, TWC filed for bankruptcy. *See In re The Weinstein Company Holdings LLC*, 18-10601 (Bankr. D. Del).

4. Defendant Dolan's motion to dismiss refers to TWC advertising its Chapter 11 plan in three media outlets: Variety, The Hollywood Reporter, and the New York Post.

5. The New York Post advertisement filed with the Delaware bankruptcy court, ECF No. 3163, is attached hereto as **Exhibit A**.

6. The Hollywood Reporter advertisement filed with the Delaware bankruptcy court, ECF No. 3164, is attached hereto as **Exhibit B**.

7. The Variety advertisement filed with the Delaware bankruptcy court, ECF No. 3165, is attached hereto as **Exhibit C**.

1

DECLARATION OF MEREDITH A. FIRETOG IN OPPOSITION TO DOLAN DEFENDANTS' MOTION TO DISMISS

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed this May 13, 2024 at New York, New York.

By: *Meredith Firetog*
Meredith A. Firetog

*Attorney for Plaintiff Kellye Croft*