# Exhibit A



# State of New York

## COUNTY OF NEW YORK

_Brandon Varrone_ being duly sworn,

says that he/she is the principal Clerk of the Publisher of the

# New York Post

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "New York Post" once, on the:

on the 23rd of November, 2020

Sworn to before me on this 23rd day of November 2020

**Notary Public**

MARGARET T VARRONE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01VA6354821
Qualified In Rockland County
My Commission Expires 02-21-2021

## LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:
THE WEINSTEIN COMPANY HOLDINGS, LLC, et al.,
Debtors.[1]

Chapter 11
Case No. 18-10601 (MFW)
(Jointly Administered)
Re: Docket Nos. 3096, 3098 and 3101

**NOTICE OF (A) PLAN CONFIRMATION HEARING, (B) OBJECTION AND VOTING DEADLINES, AND (C) SOLICITATION AND VOTING PROCEDURES**

**PLEASE TAKE NOTICE THAT** on November 17, 2020, the above-captioned debtors (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Plan Proponents**"), filed the *Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3096] (as it may be amended, modified or supplemented from time to time, the "**Plan**")[2] as set forth in the related Disclosure Statement [Docket No. 3098] (as it may be amended, modified or supplemented from time to time, the "**Disclosure Statement**"). On November 17, 2020, the Bankruptcy Court entered an order [Docket No. 3101] (the "**Disclosure Statement Order**"), among other things, approving the Disclosure Statement as containing "adequate information" pursuant to Bankruptcy Code Section 1125, and establishing certain dates and deadlines in connection with Plan confirmation.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Proponents are soliciting acceptances of the Plan from Holders of Claims who are entitled to vote on the Plan, including Class 4 (Sexual Misconduct Claims), Class 5 (Other Tort Claims), and Class 6 (General Unsecured Claims).

**PLEASE TAKE FURTHER NOTICE THAT IF THE HOLDERS OF SEXUAL MISCONDUCT CLAIMS IN CLASS 4 DO NOT VOTE IN FAVOR OF THE PLAN, THE PLAN PROPONENTS WILL NOT SEEK CONFIRMATION OF THE PLAN BEFORE THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on **January 14, 2021 at 10:00 a.m. (ET)**, before The Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), located at 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

Voting Record Date. The Voting Record Date is **November 5, 2020**.

Voting Deadline. The deadline for voting on the Plan is **December 18, 2020 at 5:00 p.m. (ET)**.

Temporary Allowance of Claims for Voting Purposes. Any Holder of a Claim against the Debtors for which the Debtors have filed an objection shall not be entitled to vote on the Plan, and any Holder of a Claim against the Debtors for which such Holder has filed a proof of claim, which, in whole or in part, reflects an unliquidated or contingent claim, and which is not subject to an objection filed by the Debtors, shall have its claim temporarily allowed in either (i) the liquidated amount of the claim, or (ii) if the claim is entirely unliquidated, at $1.00, for voting purposes only, and not for purposes of allowance or distribution. If any such Holder of a Claim described in this paragraph disagrees with the Debtors' classification or status of its Claim, then such Holder MUST file with the Bankruptcy Court, on or before **4:00 p.m. prevailing Eastern Time on December 5, 2020**, a motion requesting temporary allowance of its Claim solely for voting purposes in accordance with Bankruptcy Rule 3018.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

**SECTIONS 5, 7 AND 14 OF THE PLAN CONTAIN CHANNELING INJUNCTION, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS. THESE PROVISIONS INCLUDE, BUT ARE NOT LIMITED TO THE RELEASES OF THE DEBTORS, THE DEBTORS' FORMER DIRECTORS AND OFFICERS (EXCEPT HARVEY WEINSTEIN) AND THE DEBTORS' INSURANCE COMPANIES (EXCEPT AS IT RELATES TO SEXUAL MISCONDUCT CLAIMS HELD BY HOLDERS OF SEXUAL MISCONDUCT CLAIMS WHO DO NOT AFFIRMATIVELY ELECT TO RELEASE HARVEY WEINSTEIN). UNDER THE PLAN, HOLDERS OF SEXUAL MISCONDUCT CLAIMS SHALL HAVE THE OPTION TO RELEASE HARVEY WEINSTEIN OR TO NOT RELEASE HARVEY WEINSTEIN AND PURSUE AN ACTION AGAINST HIM IN ANOTHER COURT OF COMPETENT JURISDICTION. YOU SHOULD REVIEW THESE PROVISIONS, AND THE ENTIRETY OF THE PLAN AND DISCLOSURE STATEMENT, CAREFULLY.**

Plan Objection Deadline. Objections, if any, to the Plan must be made in writing and filed with the Bankruptcy Court on or before **5:00 p.m. (ET) on December 18, 2020** and only those objections made in writing and timely filed may be considered by the Bankruptcy Court at the Confirmation Hearing. If no objections to the Plan are timely filed in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order confirming the Plan without further notice or hearing.

**ADDITIONAL INFORMATION**

Obtaining Solicitation Materials. If you would like to obtain a copy of the Plan and/or Disclosure Statement, or any other pleadings filed in the Debtors' chapter 11 cases, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC, by: (i) calling the Debtors' restructuring hotline at 888-751-4999, or, if calling from outside the United States or Canada, at 503-597-5168; (ii) visiting the Debtors' restructuring website at: **https://dm.epiq11.com/twc**; and/or (iii) writing to The Weinstein Company Holdings LLC, c/o Epiq Bankruptcy Solutions LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: https://www.deb.uscourts.gov. Please be advised that the Voting Agent is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should vote to accept or reject the Plan.

RICHARDS, LAYTON & FINGER, P.A., Mark D. Collins (No. 2981), Paul N. Heath (No. 3704), David T. Queroli (No. 6318), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701; CRAVATH, SWAINE & MOORE LLP, Paul H. Zumbro, Lauren A. Moskowitz, Salah M. Hawkins, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Telephone: (212) 474-1000, Facsimile: (212) 474-3700

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan.

**LEGAL NOTICE**

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:
THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*, Debtors.[1]

Chapter 11
Case No. 18-10601 (MFW)
(Jointly Administered)
**Re: Docket Nos. 3096, 3098 and 3101**

#### NOTICE OF (A) PLAN CONFIRMATION HEARING, (B) OBJECTION AND VOTING DEADLINES, AND (C) SOLICITATION AND VOTING PROCEDURES

PLEASE TAKE NOTICE THAT on November 17, 2020, the above-captioned debtors (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Plan Proponents**"), filed the *Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3096] (as it may be amended, modified or supplemented from time to time, the "**Plan**")[2] as set forth in the related Disclosure Statement [Docket No. 3098] (as it may be amended, modified or supplemented from time to time, the "**Disclosure Statement**"). On November 17, 2020, the Bankruptcy Court entered an order [Docket No. 3101] (the "**Disclosure Statement Order**"), among other things, approving the Disclosure Statement as containing "adequate information" pursuant to Bankruptcy Code Section 1125, and establishing certain dates and deadlines in connection with Plan confirmation.

PLEASE TAKE FURTHER NOTICE THAT the Plan Proponents are soliciting acceptances of the Plan from Holders of Claims who are entitled to vote on the Plan, including Class 4 (Sexual Misconduct Claims), Class 5 (Other Tort Claims), and Class 6 (General Unsecured Claims).

PLEASE TAKE FURTHER NOTICE THAT IF THE HOLDERS OF SEXUAL MISCONDUCT CLAIMS IN CLASS 4 DO NOT VOTE IN FAVOR OF THE PLAN, THE PLAN PROPONENTS WILL NOT SEEK CONFIRMATION OF THE PLAN BEFORE THE BANKRUPTCY COURT.

PLEASE TAKE FURTHER NOTICE THAT the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on **January 14, 2021 at 10:00 a.m. (ET)**, before The Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), located at 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court.

#### CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

Voting Record Date. The Voting Record Date is **November 5, 2020**.

Voting Deadline. The deadline for voting on the Plan is **December 18, 2020 at 5:00 p.m. (ET)**.

Temporary Allowance of Claims for Voting Purposes. Any Holder of a Claim against the Debtors for which the Debtors have filed an objection shall not be entitled to vote on the Plan, and any Holder of a Claim against the Debtors for which such Holder has filed a proof of claim, which, in whole or in part, reflects an unliquidated or contingent claim, and which is not subject to an objection filed by the Debtors, shall have its claim temporarily allowed in either (i) the liquidated amount of the claim, or (ii) if the claim is entirely unliquidated, at $1.00, for voting purposes only, and not for purposes of allowance or distribution. If any such Holder of a Claim described in this paragraph disagrees with the Debtors' classification or status of its Claim, then such Holder MUST file with the Bankruptcy Court, on or before **4:00 p.m. prevailing Eastern Time on December 5, 2020**, a motion requesting temporary allowance of its Claim solely for voting purposes in accordance with Bankruptcy Rule 3018.

#### CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN

SECTIONS 5, 7 AND 14 OF THE PLAN CONTAIN CHANNELING INJUNCTION, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS. THESE PROVISIONS INCLUDE, BUT ARE NOT LIMITED TO THE RELEASES OF THE DEBTORS, THE DEBTORS' FORMER DIRECTORS AND OFFICERS (EXCEPT HARVEY WEINSTEIN) AND THE DEBTORS' INSURANCE COMPANIES (EXCEPT AS IT RELATES TO SEXUAL MISCONDUCT CLAIMS HELD BY HOLDERS OF SEXUAL MISCONDUCT CLAIMS WHO DO NOT AFFIRMATIVELY ELECT TO RELEASE HARVEY WEINSTEIN). UNDER THE PLAN, HOLDERS OF SEXUAL MISCONDUCT CLAIMS SHALL HAVE THE OPTION TO RELEASE HARVEY WEINSTEIN OR TO NOT RELEASE HARVEY WEINSTEIN AND PURSUE AN ACTION AGAINST HIM IN ANOTHER COURT OF COMPETENT JURISDICTION. YOU SHOULD REVIEW THESE PROVISIONS, AND THE ENTIRETY OF THE PLAN AND DISCLOSURE STATEMENT, CAREFULLY.

Plan Objection Deadline. Objections, if any, to the Plan must be made in writing and filed with the Bankruptcy Court on or before **5:00 p.m. (ET) on December 18, 2020** and only those objections made in writing and timely filed may be considered by the Bankruptcy Court at the Confirmation Hearing. If no objections to the Plan are timely filed in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order confirming the Plan without further notice or hearing.

#### ADDITIONAL INFORMATION

Obtaining Solicitation Materials. If you would like to obtain a copy of the Plan and/or Disclosure Statement, or any other pleadings filed in the Debtors' chapter 11 cases, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC, by: (i) calling the Debtors' restructuring hotline at 888-751-4999, or, if calling from outside the United States or Canada, at 503-597-5168; (ii) visiting the Debtors' restructuring website at: **https://dm.epiq11.com/twc**; and/or (iii) writing to The Weinstein Company Holdings LLC, c/o Epiq Bankruptcy Solutions LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: https://www.deb.uscourts.gov. Please be advised that the Voting Agent is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should vote to accept or reject the Plan.

RICHARDS, LAYTON & FINGER, P.A., Mark D. Collins (No. 2981), Paul N. Heath (No. 3704), David T. Queroli (No. 6318), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701; CRAVATH, SWAINE & MOORE LLP, Paul H. Zumbro, Lauren A. Moskowitz, Salah M. Hawkins, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Telephone: (212) 474-1000, Facsimile: (212) 474-3700

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan.

**CETTA BROTHERS STEAK MASTERS**

FROM OUR KITCHEN TO YOURS

SPECIAL THANKSGIVING MENU

AWARD-WINNING WINE LIST

AVAILABLE FOR PREORDER AND PICKUP

SPARKS STEAK HOUSE
www.sparkssteakhouse.com
TEL: 212.687.4855
210 EAST 46TH STREET, NEW YORK, NY 10017

# A spiritual Wilde child



## Cindy Adams



JASON **Sudeikis** and **Olivia Wilde** recently broke up. Unknown is, Olivia used to invest her off hours addressing spirituality. She'd speak at an Upper East Side Christian service program.

Years back, in Italy, Jason's sister **Lindsay** was a Catholic nun who later taught theology at the Upper East Side's Dominican Academy.

In 2011, Olivia frequently did boyfriend Jason's sister a favor and gave talks at this academy's Christian service program. Her theme being kindness, goodness and doing and giving charity.

Lindsay eventually broke away, stopped wearing the habit, went into plain clothes and on to found online academy Omnia Sancta — OmniaSancta.org — in which she teaches and practices alchemy, faith healing, "ancestral" healing, Jewish mysticism and unorthodox Catholic mysticism.

**Olivia Wilde:** Her recent split from **Jason Sudeikis** may affect her relationship with his sister, too.

*Kristina Bumphrey/Starpix*

---

## Be thankful for your furry pals

THANKSGIVING. Mt. Pleasant Animal Shelter in East Hanover, NJ, reminds us: Do not feed Fido from the table. Give him his own feast. No itsy bones within reach. No hot containers that can tip. No eating garlic, onions, salty foods, grapes, raisins, macadamia nuts, chocolate, coffee or anything with yeast. This no-kill shelter within our NYC backyard reminds us that with the holiday and COVID, we sometimes leave our advice in the doghouse. These are the pets we love. Pay attention.

---

## Bits & pieces

NICE Thanksgiving gift is Hollywood pop culturist **Nikki Haskell**'s newie, Star Shooterz. A novel all-in-one smartphone case with built-in stand, zooming selfie stick, LED vanity lights and charger … GOOD holiday host **Ellen Easton** reminds us Audrey Hepburn, "who had a perilous childhood under the Nazis and whose unloving mother was like an iron fist in a velvet glove, always put forth the most delicate elegance" … AND to enjoy a favorite turkey part, there's **Ben Affleck**'s tender thought: "I prefer white meat. I should really prefer dark meat because, actually, I'm more of an ass man."

## Fave foods

**TORI Spelling**: "My holiday favorite's my mother's Jell-O" … **TAMA Janowitz**: "The stuffing. Must include chestnuts. An hour for cooking. Boil a half-hour. Then make a little 'X' on them so you can peel them, which takes another half-hour. Also, Brussels sprouts." … AND per Plimoth Plantation in Massachusetts: "Pilgrims didn't even eat turkey. They ate lobster, rabbit fricassee and Indian corn pudding." So shove that cranberry sauce, about which **Alan Cumming** said: "I love it. I like to spoon it into my mouth directly from the can."

## Happy b-day

**BIDEN**'s birthday. Celebrated in his Delaware HQ. Big table. Enough room for **Donald**'s lawyers. The Three Bears were there — **Kamala**, Pelousy, **Schumer**. **Pelosi**, with the leftover tip from her hairdresser bill, sprang for a plant. Small, small plant. Schumer brought cheesecake. Brooklyn's world-famous Junior's. No candles. The fire chief worried that with one for every year, it could create a fire hazard.

## Movie time

THIS Thanksgiving's a real turkey for us — so at least feast on some new releases: "Dreamland." 1930's criminal on the lam **Margot Robbie** cons a lovestruck dude into helping her flee. Is she a killer or isn't she? … "THE Last Vermeer." WWII stolen art story. **Guy Pearce** plays a flamboyant dealer who's maybe cozy with Nazis … "SOUND of Metal." **Riz Ahmed**'s a drummer who loses his hearing, career and identity … "HAPPIEST Season." **Victor Garber**, **Mary Steenburgen**, **Kristen Stewart** — about half a closeted couple who go home to family for the holidays.

CITY Hall plans to improve NYC's bad neighborhoods. They're going to tear down those old nabes and, in the mayor's honor, put up a slum.

**Only in New York, kids, only in New York.**



# State of New York

## COUNTY OF NEW YORK

Brandon Varrone _____ being duly sworn,

says that he/she is the principal Clerk of the Publisher of the

# New York Post

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "New York Post" once, on the:

on the 23rd of November, 2020

_____

Sworn to before me on this 23rd day of November 2020

_____
Notary Public

MARGARET T VARRONE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01VA6354821
Qualified In Rockland County
My Commission Expires 02-21-2021

## LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: THE WEINSTEIN COMPANY HOLDINGS, LLC, et al., Debtors.[1]

Chapter 11
Case No. 18-10601 (MFW)
(Jointly Administered)
Re: Docket Nos. 3096, 3098 and 3101

### NOTICE OF (A) PLAN CONFIRMATION HEARING, (B) OBJECTION AND VOTING DEADLINES, AND (C) SOLICITATION AND VOTING PROCEDURES

**PLEASE TAKE NOTICE THAT** on November 17, 2020, the above-captioned debtors (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Plan Proponents**"), filed the *Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3096] (as it may be amended, modified or supplemented from time to time, the "**Plan**")[2] as set forth in the related Disclosure Statement [Docket No. 3098] (as it may be amended, modified or supplemented from time to time, the "**Disclosure Statement**"). On November 17, 2020, the Bankruptcy Court entered an order [Docket No. 3101] (the "**Disclosure Statement Order**"), among other things, approving the Disclosure Statement as containing "adequate information" pursuant to Bankruptcy Code Section 1125, and establishing certain dates and deadlines in connection with Plan confirmation.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Proponents are soliciting acceptances of the Plan from Holders of Claims who are entitled to vote on the Plan, including Class 4 (Sexual Misconduct Claims), Class 5 (Other Tort Claims), and Class 6 (General Unsecured Claims).

**PLEASE TAKE FURTHER NOTICE THAT IF THE HOLDERS OF SEXUAL MISCONDUCT CLAIMS IN CLASS 4 DO NOT VOTE IN FAVOR OF THE PLAN, THE PLAN PROPONENTS WILL NOT SEEK CONFIRMATION OF THE PLAN BEFORE THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on **January 14, 2021 at 10:00 a.m. (ET)**, before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), located at 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court.

### CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

*Voting Record Date.* The Voting Record Date is **November 5, 2020**.

*Voting Deadline.* The deadline for voting on the Plan is **December 18, 2020 at 5:00 p.m. (ET)**.

*Temporary Allowance of Claims for Voting Purposes.* Any Holder of a Claim against the Debtors for which the Debtors have filed an objection shall not be entitled to vote on the Plan, and any Holder of a Claim against the Debtors for which such Holder has filed a proof of claim, which, in whole or in part, reflects an unliquidated or contingent claim, and which is not subject to an objection filed by the Debtors, shall have its claim temporarily allowed in either (i) the liquidated amount of the claim, or (ii) if the claim is entirely unliquidated, at $1.00, for voting purposes only, and not for purposes of allowance or distribution. If any such Holder of a Claim described in this paragraph disagrees with the Debtors' classification or status of its Claim, then such Holder MUST file with the Bankruptcy Court, on or before **4:00 p.m. prevailing Eastern Time on December 5, 2020**, a motion requesting temporary allowance of its Claim solely for voting purposes in accordance with Bankruptcy Rule 3018.

### CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN

**SECTIONS 5, 7 AND 14 OF THE PLAN CONTAIN CHANNELING INJUNCTION, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS. THESE PROVISIONS INCLUDE, BUT ARE NOT LIMITED TO THE RELEASES OF THE DEBTORS, THE DEBTORS' FORMER DIRECTORS AND OFFICERS (EXCEPT HARVEY WEINSTEIN) AND THE DEBTORS' INSURANCE COMPANIES (EXCEPT AS IT RELATES TO SEXUAL MISCONDUCT CLAIMS HELD BY HOLDERS OF SEXUAL MISCONDUCT CLAIMS WHO DO NOT AFFIRMATIVELY ELECT TO RELEASE HARVEY WEINSTEIN). UNDER THE PLAN, HOLDERS OF SEXUAL MISCONDUCT CLAIMS SHALL HAVE THE OPTION TO RELEASE HARVEY WEINSTEIN OR TO NOT RELEASE HARVEY WEINSTEIN AND PURSUE AN ACTION AGAINST HIM IN ANOTHER COURT OF COMPETENT JURISDICTION. YOU SHOULD REVIEW THESE PROVISIONS, AND THE ENTIRETY OF THE PLAN AND DISCLOSURE STATEMENT, CAREFULLY.**

*Plan Objection Deadline.* Objections, if any, to the Plan must be made in writing and filed with the Bankruptcy Court on or before **5:00 p.m. (ET) on December 18, 2020** and only those objections made in writing and timely filed may be considered by the Bankruptcy Court at the Confirmation Hearing. If no objections to the Plan are timely filed in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order confirming the Plan without further notice or hearing.

### ADDITIONAL INFORMATION

*Obtaining Solicitation Materials.* If you would like to obtain a copy of the Plan and/or Disclosure Statement, or any other pleadings filed in the Debtors' chapter 11 cases, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC, by: (i) calling the Debtors' restructuring hotline at 888-751-4999, or, if calling from outside the United States or Canada, at 503-597-5168; (ii) visiting the Debtors' restructuring website at: **https://dm.epiq11.com/twc**; and/or (iii) writing to The Weinstein Company Holdings LLC, c/o Epiq Bankruptcy Solutions LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: https://www.deb.uscourts.gov. Please be advised that the Voting Agent is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should vote to accept or reject the Plan.

RICHARDS, LAYTON & FINGER, P.A., Mark D. Collins (No. 2981), Paul N. Heath (No. 3704), David T. Queroli (No. 6318), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701; CRAVATH, SWAINE & MOORE LLP, Paul H. Zumbro, Lauren A. Moskowitz, Salah M. Hawkins, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Telephone: (212) 474-1000, Facsimile: (212) 474-3700

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan.

**LEGAL NOTICE**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:  
THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*, Debtors.[1]

Chapter 11  
Case No. 18-10601 (MFW)  
(Jointly Administered)  
**Re: Docket Nos. 3096, 3098 and 3101**

**NOTICE OF (A) PLAN CONFIRMATION HEARING, (B) OBJECTION AND VOTING DEADLINES, AND (C) SOLICITATION AND VOTING PROCEDURES**

PLEASE TAKE NOTICE THAT on November 17, 2020, the above-captioned debtors (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Plan Proponents**"), filed the *Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3096] (as it may be amended, modified or supplemented from time to time, the "**Plan**")[2] as set forth in the related Disclosure Statement [Docket No. 3098] (as it may be amended, modified or supplemented from time to time, the "**Disclosure Statement**"). On November 17, 2020, the Bankruptcy Court entered an order [Docket No. 3101] (the "**Disclosure Statement Order**"), among other things, approving the Disclosure Statement as containing "adequate information" pursuant to Bankruptcy Code Section 1125, and establishing certain dates and deadlines in connection with Plan confirmation.

PLEASE TAKE FURTHER NOTICE THAT the Plan Proponents are soliciting acceptances of the Plan from Holders of Claims who are entitled to vote on the Plan, including Class 4 (Sexual Misconduct Claims), Class 5 (Other Tort Claims), and Class 6 (General Unsecured Claims).

PLEASE TAKE FURTHER NOTICE THAT IF THE HOLDERS OF SEXUAL MISCONDUCT CLAIMS IN CLASS 4 DO NOT VOTE IN FAVOR OF THE PLAN, THE PLAN PROPONENTS WILL NOT SEEK CONFIRMATION OF THE PLAN BEFORE THE BANKRUPTCY COURT.

PLEASE TAKE FURTHER NOTICE THAT the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on **January 14, 2021 at 10:00 a.m. (ET)**, before The Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), located at 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

Voting Record Date. The Voting Record Date is **November 5, 2020**.

Voting Deadline. The deadline for voting on the Plan is **December 18, 2020 at 5:00 p.m. (ET).**

Temporary Allowance of Claims for Voting Purposes. Any Holder of a Claim against the Debtors for which the Debtors have filed an objection shall not be entitled to vote on the Plan, and any Holder of a Claim against the Debtors for which such Holder has filed a proof of claim, which, in whole or in part, reflects an unliquidated or contingent claim, and which is not subject to an objection filed by the Debtors, shall have its claim temporarily allowed in either (i) the liquidated amount of the claim, or (ii) if the claim is entirely unliquidated, at $1.00, for voting purposes only, and not for purposes of allowance or distribution. If any such Holder of a Claim described in this paragraph disagrees with the Debtors' classification or status of its Claim, then such Holder MUST file with the Bankruptcy Court, on or before **4:00 p.m. prevailing Eastern Time on December 5, 2020**, a motion requesting temporary allowance of its Claim solely for voting purposes in accordance with Bankruptcy Rule 3018.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

SECTIONS 5, 7 AND 14 OF THE PLAN CONTAIN CHANNELING INJUNCTION, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS. THESE PROVISIONS INCLUDE, BUT ARE NOT LIMITED TO THE RELEASES OF THE DEBTORS, THE DEBTORS' FORMER DIRECTORS AND OFFICERS (EXCEPT HARVEY WEINSTEIN) AND THE DEBTORS' INSURANCE COMPANIES (EXCEPT AS IT RELATES TO SEXUAL MISCONDUCT CLAIMS HELD BY HOLDERS OF SEXUAL MISCONDUCT CLAIMS WHO DO NOT AFFIRMATIVELY ELECT TO RELEASE HARVEY WEINSTEIN). UNDER THE PLAN, HOLDERS OF SEXUAL MISCONDUCT CLAIMS SHALL HAVE THE OPTION TO RELEASE HARVEY WEINSTEIN OR TO NOT RELEASE HARVEY WEINSTEIN AND PURSUE AN ACTION AGAINST HIM IN ANOTHER COURT OF COMPETENT JURISDICTION. YOU SHOULD REVIEW THESE PROVISIONS, AND THE ENTIRETY OF THE PLAN AND DISCLOSURE STATEMENT, CAREFULLY.

Plan Objection Deadline. Objections, if any, to the Plan must be made in writing and filed with the Bankruptcy Court on or before **5:00 p.m. (ET) on December 18, 2020** and only those objections made in writing and timely filed may be considered by the Bankruptcy Court at the Confirmation Hearing. If no objections to the Plan are timely filed in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order confirming the Plan without further notice or hearing.

**ADDITIONAL INFORMATION**

Obtaining Solicitation Materials. If you would like to obtain a copy of the Plan and/or Disclosure Statement, or any other pleadings filed in the Debtors' chapter 11 cases, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC, by: (i) calling the Debtors' restructuring hotline at 888-751-4999, or, if calling from outside the United States or Canada, at 503-597-5168; (ii) visiting the Debtors' restructuring website at: **https://dm.epiq11.com/twc**; and/or (iii) writing to The Weinstein Company Holdings LLC, c/o Epiq Bankruptcy Solutions LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: **https://www.deb.uscourts.gov**. Please be advised that the Voting Agent is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should vote to accept or reject the Plan.

RICHARDS, LAYTON & FINGER, P.A., Mark D. Collins (No. 2981), Paul N. Heath (No. 3704), David T. Queroli (No. 6318), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701; **CRAVATH, SWAINE & MOORE LLP**, Paul H. Zumbro, Lauren A. Moskowitz, Salah M. Hawkins, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Telephone: (212) 474-1000, Facsimile: (212) 474-3700

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan.



FROM OUR KITCHEN TO YOURS  
SPECIAL THANKSGIVING MENU  
AWARD-WINNING WINE LIST  
AVAILABLE FOR PREORDER AND PICKUP

SPARKS STEAK HOUSE  
www.sparkssteakhouse.com  
TEL: 212.687.4855  
210 EAST 46TH STREET, NEW YORK, NY 10017

# A spiritual Wilde child



## Cindy Adams

JASON **Sudeikis** and **Olivia Wilde** recently broke up. Unknown is, Olivia used to invest her off hours addressing spirituality. She'd speak at an Upper East Side Christian service program.

Years back, in Italy, Jason's sister **Lindsay** was a Catholic nun who later taught theology at the Upper East Side's Dominican Academy.

In 2011, Olivia frequently did boyfriend Jason's sister a favor and gave talks at this academy's Christian service program. Her theme being kindness, goodness and doing and giving charity.

Lindsay eventually broke away, stopped wearing the habit, went into plain clothes and on to found online academy Omnia Sancta — OmniaSancta.org — in which she teaches and practices alchemy, faith healing, "ancestral" healing, Jewish mysticism and unorthodox Catholic mysticism.



Kristina Bumphrey/Starpix

**Olivia Wilde:** Her recent split from **Jason Sudeikis** may affect her relationship with his sister, too.

## *Be thankful for your furry pals*

THANKSGIVING. Mt. Pleasant Animal Shelter in East Hanover, NJ, reminds us: Do not feed Fido from the table. Give him his own feast. No itsy bones within reach. No hot containers that can tip. No eating garlic, onions, salty foods, grapes, raisins, macadamia nuts, chocolate, coffee or anything with yeast. This no-kill shelter within our NYC backyard reminds us that with the holiday and COVID, we sometimes leave our advice in the doghouse. These are the pets we love. Pay attention.

## Bits & pieces

NICE Thanksgiving gift is Hollywood pop culturist **Nikki Haskell**'s newie, Star Shooterz. A novel all-in-one smartphone case with built-in stand, zooming selfie stick, LED vanity lights and charger … GOOD holiday host **Ellen Easton** reminds us Audrey Hepburn, "who had a perilous childhood under the Nazis and whose unloving mother was like an iron fist in a velvet glove, always put forth the most delicate elegance" … AND to enjoy a favorite turkey part, there's **Ben Affleck**'s tender thought: "I prefer white meat. I should really prefer dark meat because, actually, I'm more of an ass man."

## Fave foods

**TORI Spelling**: "My holiday favorite's my mother's Jell-O" … **TAMA Janowitz**: "The stuffing. Must include chestnuts. An hour for cooking. Boil a half-hour. Then make a little 'X' on them so you can peel them, which takes another half-hour. Also, Brussels sprouts." … AND per Plimoth Plantation in Massachusetts: "Pilgrims didn't even eat turkey. They ate lobster, rabbit fricassee and Indian corn pudding." So shove that cranberry sauce, about which **Alan Cumming** said: "I love it. I like to spoon it into my mouth directly from the can."

## Happy b-day

**BIDEN**'s birthday. Celebrated in his Delaware HQ. Big table. Enough room for **Donald**'s lawyers. The Three Bears were there — **Kamala**, Pelousy, **Schumer**. **Pelosi**, with the leftover tip from her hairdresser bill, sprang for a plant. Small, small plant. Schumer brought cheesecake. Brooklyn's world-famous Junior's. No candles. The fire chief worried that with one for every year, it could create a fire hazard.

## Movie time

THIS Thanksgiving's a real turkey for us — so at least feast on some new releases: "Dreamland." 1930's criminal on the lam **Margot Robbie** cons a lovestruck dude into helping her flee. Is she a killer or isn't she? … "THE Last Vermeer." WWII stolen art story. **Guy Pearce** plays a flamboyant dealer who's maybe cozy with Nazis … "SOUND of Metal." **Riz Ahmed**'s a drummer who loses his hearing, career and identity … "HAPPIEST Season." **Victor Garber**, **Mary Steenburgen**, **Kristen Stewart** — about half a closeted couple who go home to family for the holidays.

CITY Hall plans to improve NYC's bad neighborhoods. They're going to tear down those old nabes and, in the mayor's honor, put up a slum.

**Only in New York, kids, only in New York.**