# Exhibit B

**VERIFICATION OF PUBLICATION**

STATE OF California

COUNTY OF Los Angeles

Being duly sworn, Debra Fink says that s/he is the Managing Director, Entertainment of *The Hollywood Reporter*, and is duly authorized by *The Hollywood Reporter* to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, December 9, 2020**, the following legal advertisement – **In re: The Weinstein Company Holdings, LLC, *et al.*** was published in the national edition of *The Hollywood Reporter*.

[signature] (Signature)

*The Hollywood Reporter*

1-7-20 (Date)


WARNERS' STREAMING BLOWBACK
'They don't even understand what they're losing'
LET'S TALK ABOUT SIMULATED SEX
Intimacy coordinators, two years on
JEFF ROBINOV RIDES AGAIN
Former Warner Bros. exec back big with Studio 8
ANIMATION & INCLUSION ROUNDTABLE
'You want to see yourself in cartoons'
December 9, 2020
THE IMPLOSION
IT WASN'T JUST ERRATIC, VIOLENT BEHAVIOR
THAT UNMADE JOHNNY DEPP.
IT WAS HIS UNQUENCHABLE THIRST FOR REVENGE



From left: Talia Ryder in *Never Rarely Sometimes Always*; Yeri Han in *Minari*; Viola Davis and Chadwick Boseman in *Ma Rainey's Black Bottom*; Julia Garner in *The Assistant*.

**FROSCH** Ben-Adir and Odom are two of my faves of the year. The flashback to Cooke's ingeniously improvised, grunting, foot-stomping, audience-rousing a cappella performance of "Chain Gang" — a memory recounted by Malcolm with all the awestruck admiration underlying his frustration with his friend — gave me goose bumps. Ditto the number Sheri mentions: Cooke/Odom's searingly inhabited rendition of "A Change Is Gonna Come" over the film's final frames.

**ROONEY** No discussion of 2020's great actors would be complete without mentioning Chadwick Boseman. What a gift he left us with two such richly distinctive farewell performances in *Da 5 Bloods* and, especially, *Ma Rainey's Black Bottom*. In the latter, he breathes solemn grandeur into cocky trumpeter Levee, whose blistering anger is traced back to childhood trauma in a monologue that leaves him, and us, wrung out and enraged. It's a monumental turn in a grand theatrical tradition, but it's the wounded humanity beneath the torrent of words that makes them scald.

**FROSCH** Boseman's passing was a crushing blow in a year all too full of them. And it seems that just when we needed movies to lift our spirits and make us laugh, there weren't many that did so. Still, a few comedic performers in 2020 instantly became people I'd watch in anything: the charismatic, hilarious Radha Blank as a New York playwright turned rapper in her wonderful *The Forty-Year-Old Version*; Cooper Raiff, turning a heart-on-his-sleeve, homesick college student into a fresh and thoroughly modern male rom-com lead in the unfortunately titled charmer *Shithouse*; and the guffaw-inducing Maria Bakalova, who upstages Sacha Baron Cohen as the title character's feral daughter in *Borat Subsequent Moviefilm*. Just thinking of those three is a pick-me-up.

**ROONEY** Couldn't agree more about the glorious Blank. The movie helped fill the void left by the shutdown of New York's stages with some wickedly sharp observations about the cluelessness of the woke white theaterati. I howled at Blank's reaction when a producer (Reed Birney) tells her he's looking for a writer for his Harriet Tubman musical. I also winced because there's definitely a world where that could happen.

**LINDEN** I too was buoyed by the ferociously smart Blank, who breathes new life into the double take and the wry line reading, and delightedly aghast at Bakalova's gutsy real-world interactions, the subversive heart of the *Borat* sequel. One of the most deliciously funny performances I saw this year was by Catherine Deneuve in Hirokazu Kore-eda's *The Truth*: The French star's slyly self-mocking portrayal of a famous actress rides a delirious wave of imperious put-downs and self-involvement.

**FROSCH** Ever-regal Deneuve muttering, "I had too much lasagna," still makes me laugh when I think about it. Talk about humanizing a legend! One of the most relatable lines of this very strange year. THR

BEANPOLE: COURTESY OF KINO LORBER. NEVER: ANGAL FIELD/FOCUS FEATURES. MINARI: JOSH ETHAN JOHNSON/A24. BOTTOM: DAVID LEE/NETFLIX (2). ASSISTANT: TY JOHNSON/BLEECKER STREET.



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*, Debtors.[1] | Chapter 11<br>Case No. 18-10601 (MFW)<br>(Jointly Administered)<br>**Re: Docket Nos. 3096, 3098 and 3101** |
|---|---|

**NOTICE OF (A) PLAN CONFIRMATION HEARING, (B) OBJECTION AND VOTING DEADLINES, AND (C) SOLICITATION AND VOTING PROCEDURES**

**PLEASE TAKE NOTICE THAT** on November 17, 2020, the above-captioned debtors (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Plan Proponents**"), filed the *Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3096] (as it may be amended, modified or supplemented from time to time, the "**Plan**")[2] as set forth in the related Disclosure Statement [Docket No. 3098] (as it may be amended, modified or supplemented from time to time, the "**Disclosure Statement**"). On November 17, 2020, the Bankruptcy Court entered an order [Docket No. 3101] (the "**Disclosure Statement Order**"), among other things, approving the Disclosure Statement as containing "adequate information" pursuant to Bankruptcy Code Section 1125, and establishing certain dates and deadlines in connection with Plan confirmation.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Proponents are soliciting acceptances of the Plan from Holders of Claims who are entitled to vote on the Plan, including Class 4 (Sexual Misconduct Claims), Class 5 (Other Tort Claims), and Class 6 (General Unsecured Claims).

**PLEASE TAKE FURTHER NOTICE THAT IF THE HOLDERS OF SEXUAL MISCONDUCT CLAIMS IN CLASS 4 DO NOT VOTE IN FAVOR OF THE PLAN, THE PLAN PROPONENTS WILL NOT SEEK CONFIRMATION OF THE PLAN BEFORE THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on **January 14, 2021 at 10:00 a.m. (ET)**, before The Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), located at 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

Voting Record Date. The Voting Record Date is **November 5, 2020**.

Voting Deadline. The deadline for voting on the Plan is **December 18, 2020 at 5:00 p.m. (ET).**

Temporary Allowance of Claims for Voting Purposes. Any Holder of a Claim against the Debtors for which the Debtors have filed an objection shall not be entitled to vote on the Plan, and any Holder of a Claim against the Debtors for which such Holder has filed a proof of claim, which, in whole or in part, reflects an unliquidated or contingent claim, and which is not subject to an objection filed by the Debtors, shall have its claim temporarily allowed in either (i) the liquidated amount of the claim, or (ii) if the claim is entirely unliquidated, at $1.00, for voting purposes only, and not for purposes of allowance or distribution. If any such Holder of a Claim described in this paragraph disagrees with the Debtors' classification or status of its Claim, then such Holder MUST file with the Bankruptcy Court, on or before **4:00 p.m. prevailing Eastern Time on December 5, 2020**, a motion requesting temporary allowance of its Claim solely for voting purposes in accordance with Bankruptcy Rule 3018.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

**SECTIONS 5, 7 AND 14 OF THE PLAN CONTAIN CHANNELING INJUNCTION, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS. THESE PROVISIONS INCLUDE, BUT ARE NOT LIMITED TO THE RELEASES OF THE DEBTORS, THE DEBTORS' FORMER DIRECTORS AND OFFICERS (EXCEPT HARVEY WEINSTEIN) AND THE DEBTORS' INSURANCE COMPANIES (EXCEPT AS IT RELATES TO SEXUAL MISCONDUCT CLAIMS HELD BY HOLDERS OF SEXUAL MISCONDUCT CLAIMS WHO DO NOT AFFIRMATIVELY ELECT TO RELEASE HARVEY WEINSTEIN). UNDER THE PLAN, HOLDERS OF SEXUAL MISCONDUCT CLAIMS SHALL HAVE THE OPTION TO RELEASE HARVEY WEINSTEIN OR TO NOT RELEASE HARVEY WEINSTEIN AND PURSUE AN ACTION AGAINST HIM IN ANOTHER COURT OF COMPETENT JURISDICTION. YOU SHOULD REVIEW THESE PROVISIONS, AND THE ENTIRETY OF THE PLAN AND DISCLOSURE STATEMENT, CAREFULLY.**

Plan Objection Deadline. Objections, if any, to the Plan must be made in writing and filed with the Bankruptcy Court on or before **5:00 p.m. (ET) on December 18, 2020** and only those objections made in writing and timely filed may be considered by the Bankruptcy Court at the Confirmation Hearing. If no objections to the Plan are timely filed in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order confirming the Plan without further notice or hearing.

**ADDITIONAL INFORMATION**

Obtaining Solicitation Materials. If you would like to obtain a copy of the Plan and/or Disclosure Statement, or any other pleadings filed in the Debtors' chapter 11 cases, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC, by: (i) calling the Debtors' restructuring hotline at 888-751-4999, or, if calling from outside the United States or Canada, at 503-597-5168; (ii) visiting the Debtors' restructuring website at: **https://dm.epiq11.com/twc**; and/or (iii) writing to The Weinstein Company Holdings LLC, c/o Epiq Bankruptcy Solutions LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: https://www.deb.uscourts.gov. Please be advised that the Voting Agent is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should vote to accept or reject the Plan.

**RICHARDS, LAYTON & FINGER, P.A.**, Mark D. Collins (No. 2981), Paul N. Heath (No. 3704), David T. Queroli (No. 6318), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701; **CRAVATH, SWAINE & MOORE LLP**, Paul H. Zumbro, Lauren A. Moskowitz, Salah M. Hawkins, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Telephone: (212) 474-1000, Facsimile: (212) 474-3700

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan.

PROMOTION

The Hollywood Reporter

THE DEFINITIVE VOICE IN ENTERTAINMENT




SUBSCRIBE TODAY!
STARTING AT $9.99/MONTH
SUBSCRIBE.HOLLYWOODREPORTER.COM

**VERIFICATION OF PUBLICATION**

STATE OF California

COUNTY OF Los Angeles

Being duly sworn, Debra Fink says that s/he is the Managing Director, Entertainment of *The Hollywood Reporter*, and is duly authorized by *The Hollywood Reporter* to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, December 9, 2020**, the following legal advertisement – **In re: The Weinstein Company Holdings, LLC, *et al.*** was published in the national edition of *The Hollywood Reporter*.

[signature] (Signature)

*The Hollywood Reporter*

1-7-20 (Date)


WARNERS' STREAMING BLOWBACK
'They don't even understand what they're losing'
LET'S TALK ABOUT SIMULATED SEX
Intimacy coordinators, two years on
JEFF ROBINOV RIDES AGAIN
Former Warner Bros. exec back big with Studio 8
ANIMATION & INCLUSION ROUNDTABLE
'You want to see yourself in cartoons'
December 9, 2020
THE IMPLOSION
IT WASN'T JUST ERRATIC, VIOLENT BEHAVIOR THAT UNMADE JOHNNY DEPP. IT WAS HIS UNQUENCHABLE THIRST FOR REVENGE



From left: Talia Ryder in *Never Rarely Sometimes Always*; Yeri Han in *Minari*; Viola Davis and Chadwick Boseman in *Ma Rainey's Black Bottom*; Julia Garner in *The Assistant*.

BEANPOLE: COURTESY OF KINO LORBER. *NEVER*: ANGAL FIELD/FOCUS FEATURES. *MINARI*: JOSH ETHAN JOHNSON/A24. *BOTTOM*: DAVID LEE/NETFLIX (2). *ASSISTANT*: TY JOHNSON/BLEECKER STREET.

**FROSCH** Ben-Adir and Odom are two of my faves of the year. The flashback to Cooke's ingeniously improvised, grunting, foot-stomping, audience-rousing a cappella performance of "Chain Gang" — a memory recounted by Malcolm with all the awestruck admiration underlying his frustration with his friend — gave me goose bumps. Ditto the number Sheri mentions: Cooke/Odom's searingly inhabited rendition of "A Change Is Gonna Come" over the film's final frames.

**ROONEY** No discussion of 2020's great actors would be complete without mentioning Chadwick Boseman. What a gift he left us with two such richly distinctive farewell performances in *Da 5 Bloods* and, especially, *Ma Rainey's Black Bottom*. In the latter, he breathes solemn grandeur into cocky trumpeter Levee, whose blistering anger is traced back to childhood trauma in a monologue that leaves him, and us, wrung out and enraged. It's a monumental turn in a grand theatrical tradition, but it's the wounded humanity beneath the torrent of words that makes them scald.

**FROSCH** Boseman's passing was a crushing blow in a year all too full of them. And it seems that just when we needed movies to lift our spirits and make us laugh, there weren't many that did so. Still, a few comedic performers in 2020 instantly became people I'd watch in anything: the charismatic, hilarious Radha Blank as a New York playwright turned rapper in her wonderful *The Forty-Year-Old Version*; Cooper Raiff, turning a heart-on-his-sleeve, homesick college student into a fresh and thoroughly modern male rom-com lead in the unfortunately titled charmer *Shithouse*; and the guffaw-inducing Maria Bakalova, who upstages Sacha Baron Cohen as the title character's feral daughter in *Borat Subsequent Moviefilm*. Just thinking of those three is a pick-me-up.

**ROONEY** Couldn't agree more about the glorious Blank. The movie helped fill the void left by the shutdown of New York's stages with some wickedly sharp observations about the cluelessness of the woke white theaterati. I howled at Blank's reaction when a producer (Reed Birney) tells her he's looking for a writer for his Harriet Tubman musical. I also winced because there's definitely a world where that could happen.

**LINDEN** I too was buoyed by the ferociously smart Blank, who breathes new life into the double take and the wry line reading, and delightedly aghast at Bakalova's gutsy real-world interactions, the subversive heart of the *Borat* sequel. One of the most deliciously funny performances I saw this year was by Catherine Deneuve in Hirokazu Kore-eda's *The Truth*: The French star's slyly self-mocking portrayal of a famous actress rides a delirious wave of imperious put-downs and self-involvement.

**FROSCH** Ever-regal Deneuve muttering, "I had too much lasagna," still makes me laugh when I think about it. Talk about humanizing a legend! One of the most relatable lines of this very strange year. THR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No. 18-10601 (MFW)<br>(Jointly Administered)<br>**Re: Docket Nos. 3096, 3098 and 3101** |

**NOTICE OF (A) PLAN CONFIRMATION HEARING, (B) OBJECTION AND VOTING DEADLINES, AND (C) SOLICITATION AND VOTING PROCEDURES**

**PLEASE TAKE NOTICE THAT** on November 17, 2020, the above-captioned debtors (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Plan Proponents**"), filed the *Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3096] (as it may be amended, modified or supplemented from time to time, the "**Plan**")[2] as set forth in the related Disclosure Statement [Docket No. 3098] (as it may be amended, modified or supplemented from time to time, the "**Disclosure Statement**"). On November 17, 2020, the Bankruptcy Court entered an order [Docket No. 3101] (the "**Disclosure Statement Order**"), among other things, approving the Disclosure Statement as containing "adequate information" pursuant to Bankruptcy Code Section 1125, and establishing certain dates and deadlines in connection with Plan confirmation.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Proponents are soliciting acceptances of the Plan from Holders of Claims who are entitled to vote on the Plan, including Class 4 (Sexual Misconduct Claims), Class 5 (Other Tort Claims), and Class 6 (General Unsecured Claims).

**PLEASE TAKE FURTHER NOTICE THAT IF THE HOLDERS OF SEXUAL MISCONDUCT CLAIMS IN CLASS 4 DO NOT VOTE IN FAVOR OF THE PLAN, THE PLAN PROPONENTS WILL NOT SEEK CONFIRMATION OF THE PLAN BEFORE THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on **January 14, 2021 at 10:00 a.m. (ET)**, before The Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), located at 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

Voting Record Date. The Voting Record Date is **November 5, 2020**.

Voting Deadline. The deadline for voting on the Plan is **December 18, 2020 at 5:00 p.m. (ET).**

Temporary Allowance of Claims for Voting Purposes. Any Holder of a Claim against the Debtors for which the Debtors have filed an objection shall not be entitled to vote on the Plan, and any Holder of a Claim against the Debtors for which such Holder has filed a proof of claim, which, in whole or in part, reflects an unliquidated or contingent claim, and which is not subject to an objection filed by the Debtors, shall have its claim temporarily allowed in either (i) the liquidated amount of the claim, or (ii) if the claim is entirely unliquidated, at $1.00, for voting purposes only, and not for purposes of allowance or distribution. If any such Holder of a Claim described in this paragraph disagrees with the Debtors' classification or status of its Claim, then such Holder MUST file with the Bankruptcy Court, on or before **4:00 p.m. prevailing Eastern Time on December 5, 2020**, a motion requesting temporary allowance of its Claim solely for voting purposes in accordance with Bankruptcy Rule 3018.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

**SECTIONS 5, 7 AND 14 OF THE PLAN CONTAIN CHANNELING INJUNCTION, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS. THESE PROVISIONS INCLUDE, BUT ARE NOT LIMITED TO THE RELEASES OF THE DEBTORS, THE DEBTORS' FORMER DIRECTORS AND OFFICERS (EXCEPT HARVEY WEINSTEIN) AND THE DEBTORS' INSURANCE COMPANIES (EXCEPT AS IT RELATES TO SEXUAL MISCONDUCT CLAIMS HELD BY HOLDERS OF SEXUAL MISCONDUCT CLAIMS WHO DO NOT AFFIRMATIVELY ELECT TO RELEASE HARVEY WEINSTEIN). UNDER THE PLAN, HOLDERS OF SEXUAL MISCONDUCT CLAIMS SHALL HAVE THE OPTION TO RELEASE HARVEY WEINSTEIN OR TO NOT RELEASE HARVEY WEINSTEIN AND PURSUE AN ACTION AGAINST HIM IN ANOTHER COURT OF COMPETENT JURISDICTION. YOU SHOULD REVIEW THESE PROVISIONS, AND THE ENTIRETY OF THE PLAN AND DISCLOSURE STATEMENT, CAREFULLY.**

Plan Objection Deadline. Objections, if any, to the Plan must be made in writing and filed with the Bankruptcy Court on or before **5:00 p.m. (ET) on December 18, 2020** and only those objections made in writing and timely filed may be considered by the Bankruptcy Court at the Confirmation Hearing. If no objections to the Plan are timely filed in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order confirming the Plan without further notice or hearing.

**ADDITIONAL INFORMATION**

Obtaining Solicitation Materials. If you would like to obtain a copy of the Plan and/or Disclosure Statement, or any other pleadings filed in the Debtors' chapter 11 cases, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC, by: (i) calling the Debtors' restructuring hotline at 888-751-4999, or, if calling from outside the United States or Canada, at 503-597-5168; (ii) visiting the Debtors' restructuring website at: **https://dm.epiq11.com/twc**; and/or (iii) writing to The Weinstein Company Holdings LLC, c/o Epiq Bankruptcy Solutions LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: https://www.deb.uscourts.gov. Please be advised that the Voting Agent is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should vote to accept or reject the Plan.

**RICHARDS, LAYTON & FINGER, P.A.**, Mark D. Collins (No. 2981), Paul N. Heath (No. 3704), David T. Queroli (No. 6318), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701; **CRAVATH, SWAINE & MOORE LLP**, Paul H. Zumbro, Lauren A. Moskowitz, Salah M. Hawkins, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Telephone: (212) 474-1000, Facsimile: (212) 474-3700

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan.

PROMOTION

The Hollywood Reporter

THE DEFINITIVE VOICE IN ENTERTAINMENT




SUBSCRIBE TODAY!
STARTING AT $9.99/MONTH
SUBSCRIBE.HOLLYWOODREPORTER.COM