# Exhibit C

Case 18-10601-MFW Doc 3165 Filed 01/08/21 Page 1 of 3

**VERIFICATION OF PUBLICATION**

STATE OF ______California____________

COUNTY OF ____Los Angeles______________

Being duly sworn, ___Dawn Allen_____ says that s/he is the __VP Film & Talent____ (job title) of *Variety*, and is duly authorized by *Variety* to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, November 25, 2020**, the following legal advertisement – **In re: The Weinstein Company Holdings, LLC, *et al.*** was published in the national edition of *Variety*.

_____________________________________ (Signature)

*Variety*

__________________ (Date)

Case 1:18-… Doc 31-65 Filed 01/13/21 Page 2 of 3

ADVERTISEMENT

# VARIETY

An Apple Original Film

# WOLFWALKERS

fyc | tv+

NOVEMBER 25, 2020

| | |
|---|---|
| US | $9.99 |
| CANADA | $11.99 |
| UK | £8 |
| AUSTRALIA | $14 |
| JAPAN | ¥1280 |

| | |
|---|---|
| CHINA | ¥80 |
| HONG KONG | $95 |
| RUSSIA | ₽400 |
| INDIA | ₹800 |

**TV REVIEW**
BY CAROLINE FRAMKE

# Between the World and Me

**SPECIAL:** HBO; Nov. 21
**STARRING:** Angela Bassett, Mahershala Ali, Susan Kelechi Watson, Wendell Pierce, Yara Shahidi, Jharrell Jerome, Oprah Winfrey

**IN HBO'S ADAPTATION** of "Between the World and Me," Ta-Nehisi Coates' book of recollections, heartbreaks and historical conclusions become monologues performed by actors like Angela Bassett, Mahershala Ali and Oprah Winfrey. Directed by Kamilah Forbes, with archival montages and gorgeous cinematography by Bradford Young, this visual version of "Between the World and Me" is as dense and vast as the book that inspired it.

When Coates first decided to pen a letter to his 15-year-old son, the news was reporting yet another endless, familiar cycle. "This was the year you saw Eric Garner choked to death," he writes. "You have seen men in uniform drive by and murder Tamir Rice ... you know now, if you did not before, that the police departments of your country have been endowed with the authority to destroy your body."

As written, Coates' visceral fear is extremely personal and widely applicable. As performed in this televised version by well over a dozen actors, his story flattens into something broader and more diffuse. It takes a minute to adjust to watching so many speakers (all filmed in August in their homes according to COVID-19 protocols). Something is lost in the translation between page and screen when dependent upon this many performers; their interpretations are powerful but scattered, and it's hard not to wonder if a pared-down version might have been more effective. But it's even harder to imagine which speakers should've been cut. Bassett is thoroughly commanding, Ali downright mesmerizing and executive producer Susan Kelechi Watson compelling in her portion on Howard University (Coates' "Mecca"). When Phylicia Rashad takes the role of a mother grieving her son, it's difficult to see anyone else trying it.

Throughout the book, Coates shares with his son the experiences that disillusioned him to "the Dream" white suburban kids got to live while he dodged systemic violence in Baltimore. He weaves a damning portrait of his country, built on the literal backs of his enslaved ancestors, and shares his fury at realizing just how little

**SPOKEN WORD**
Yara Shahidi is among the monologuists in "Between the World and Me."

HBO

privileged white "Dreamers" are motivated to change it. "I do not believe we can stop [the Dreamers]," he wrote in 2015, "because they must ultimately stop themselves." In 2020, the America he described is all too accurate. The Dreamers didn't stop themselves; they elected Donald Trump president.

So, sure, many things have changed since "Between the World and Me" was published — but then again, from where Coates was writing, not really. Police violence against Black people still happens regularly, and still yields precious few consequences if any at all. Coates anticipated this, and so HBO's "Between the World and Me" barely has to alter anything to remain infuriatingly timely.

**CREDITS:** **Executive producers:** Kamilah Forbes, Ta-Nehisi Coates, Susan Kelechi Watson, Roger Ross Williams. 75 MIN. **Cast:** Ta-Nehisi Coates, Mahershala Ali, Angela Bassett, Angela Davis, Alicia Garza, Tip "T.I." Harris, Jharrel Jerome, Mimi Jones, Marc Bamuthi Joseph, Ledisi, Janet Mock, Jason Moran, Joe Morton, Wendell Pierce, Phylicia Rashad, Greg Alverez Reid, MJ Rodriguez, Kendrick Sampson, Yara Shahidi, Nate Smith, Tariq "Black Thought" Trotter, Courtney B. Vance, Olivia Washington, Pauletta Washington, Susan Kelechi Watson, Michelle Wilson, Oprah Winfrey

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*, Debtors.[1] | Case No. 18-10601 (MFW) (Jointly Administered) **Re: Docket Nos. 3096, 3098 and 3101** |

**NOTICE OF (A) PLAN CONFIRMATION HEARING, (B) OBJECTION AND VOTING DEADLINES, AND (C) SOLICITATION AND VOTING PROCEDURES**

**PLEASE TAKE NOTICE THAT** on November 17, 2020, the above-captioned debtors (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Plan Proponents**"), filed the *Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3096] (as it may be amended, modified or supplemented from time to time, the "**Plan**")[2] as set forth in the related Disclosure Statement [Docket No. 3098] (as it may be amended, modified or supplemented from time to time, the "**Disclosure Statement**"). On November 17, 2020, the Bankruptcy Court entered an order [Docket No. 3101] (the "**Disclosure Statement Order**"), among other things, approving the Disclosure Statement as containing "adequate information" pursuant to Bankruptcy Code Section 1125, and establishing certain dates and deadlines in connection with Plan confirmation.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Proponents are soliciting acceptances of the Plan from Holders of Claims who are entitled to vote on the Plan, including Class 4 (Sexual Misconduct Claims), Class 5 (Other Tort Claims), and Class 6 (General Unsecured Claims).

**PLEASE TAKE FURTHER NOTICE THAT IF THE HOLDERS OF SEXUAL MISCONDUCT CLAIMS IN CLASS 4 DO NOT VOTE IN FAVOR OF THE PLAN, THE PLAN PROPONENTS WILL NOT SEEK CONFIRMATION OF THE PLAN BEFORE THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on **January 14, 2021 at 10:00 a.m. (ET)**, before The Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), located at 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

Voting Record Date. The Voting Record Date is **November 5, 2020.**

Voting Deadline. The deadline for voting on the Plan is **December 18, 2020 at 5:00 p.m. (ET).**

Temporary Allowance of Claims for Voting Purposes. Any Holder of a Claim against the Debtors for which the Debtors have filed an objection shall not be entitled to vote on the Plan, and any Holder of a Claim against the Debtors for which such Holder has filed a proof of claim, which, in whole or in part, reflects an unliquidated or contingent claim, and which is not subject to an objection filed by the Debtors, shall have its claim temporarily allowed in either (i) the liquidated amount of the claim, or (ii) if the claim is entirely unliquidated, at $1.00, for voting purposes only, and not for purposes of allowance or distribution. If any such Holder of a Claim described in this paragraph disagrees with the Debtors' classification or status of its Claim, then such Holder MUST file with the Bankruptcy Court, on or before **4:00 p.m. prevailing Eastern Time on December 5, 2020**, a motion requesting temporary allowance of its Claim solely for voting purposes in accordance with Bankruptcy Rule 3018.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

**SECTIONS 5, 7 AND 14 OF THE PLAN CONTAIN CHANNELING INJUNCTION, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS. THESE PROVISIONS INCLUDE, BUT ARE NOT LIMITED TO THE RELEASES OF THE DEBTORS, THE DEBTORS' FORMER DIRECTORS AND OFFICERS (EXCEPT HARVEY WEINSTEIN) AND THE DEBTORS' INSURANCE COMPANIES (EXCEPT AS IT RELATES TO SEXUAL MISCONDUCT CLAIMS HELD BY HOLDERS OF SEXUAL MISCONDUCT CLAIMS WHO DO NOT AFFIRMATIVELY ELECT TO RELEASE HARVEY WEINSTEIN). UNDER THE PLAN, HOLDERS OF SEXUAL MISCONDUCT CLAIMS SHALL HAVE THE OPTION TO RELEASE HARVEY WEINSTEIN OR TO NOT RELEASE HARVEY WEINSTEIN AND PURSUE AN ACTION AGAINST HIM IN ANOTHER COURT OF COMPETENT JURISDICTION. YOU SHOULD REVIEW THESE PROVISIONS, AND THE ENTIRETY OF THE PLAN AND DISCLOSURE STATEMENT, CAREFULLY.**

Plan Objection Deadline. Objections, if any, to the Plan must be made in writing and filed with the Bankruptcy Court on or before **5:00 p.m. (ET) on December 18, 2020** and only those objections made in writing and timely filed may be considered by the Bankruptcy Court at the Confirmation Hearing. If no objections to the Plan are timely filed in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order confirming the Plan without further notice or hearing.

**ADDITIONAL INFORMATION**

Obtaining Solicitation Materials. If you would like to obtain a copy of the Plan and/or Disclosure Statement, or any other pleadings filed in the Debtors' chapter 11 cases, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC, by: (i) calling the Debtors' restructuring hotline at 888-751-4999, or, if calling from outside the United States or Canada, at 503-597-5168; (ii) visiting the Debtors' restructuring website at: **https://dm.epiq11.com/twc**; and/or (iii) writing to The Weinstein Company Holdings LLC, c/o Epiq Bankruptcy Solutions LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: https://www.deb.uscourts.gov. Please be advised that the Voting Agent is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should vote to accept or reject the Plan.

**RICHARDS, LAYTON & FINGER, P.A.**, Mark D. Collins (No. 2981), Paul N. Heath (No. 3704), David T. Queroli (No. 6318), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701; **CRAVATH, SWAINE & MOORE LLP**, Paul H. Zumbro, Lauren A. Moskowitz, Salah M. Hawkins, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Telephone: (212) 474-1000, Facsimile: (212) 474-3700

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan.

**VERIFICATION OF PUBLICATION**

STATE OF _______California_____________

COUNTY OF _____Los Angeles_______________

Being duly sworn, ___Dawn Allen_____ says that s/he is the __VP Film & Talent____ (job title) of *Variety*, and is duly authorized by *Variety* to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, November 25, 2020**, the following legal advertisement – **In re: The Weinstein Company Holdings, LLC, *et al.*** was published in the national edition of *Variety*.

________________________________________ (Signature)

*Variety*

___________________ (Date)

ADVERTISEMENT

NOVEMBER 25, 2020

| | | | |
|---|---|---|---|
| US | $9.99 | CHINA | ¥80 |
| CANADA | $11.99 | HONG KONG | $95 |
| UK | £8 | RUSSIA | ₽400 |
| AUSTRALIA | $14 | INDIA | ₹800 |
| JAPAN | ¥1280 | | |




**TV REVIEW**

BY CAROLINE FRAMKE

# Between the World and Me

**SPECIAL:** HBO; Nov. 21
**STARRING:** Angela Bassett, Mahershala Ali, Susan Kelechi Watson, Wendell Pierce, Yara Shahidi, Jharrell Jerome, Oprah Winfrey

**SPOKEN WORD**
Yara Shahidi is among the monologuists in "Between the World and Me."

HBO

**IN HBO'S ADAPTATION** of "Between the World and Me," Ta-Nehisi Coates' book of recollections, heartbreaks and historical conclusions become monologues performed by actors like Angela Bassett, Mahershala Ali and Oprah Winfrey. Directed by Kamilah Forbes, with archival montages and gorgeous cinematography by Bradford Young, this visual version of "Between the World and Me" is as dense and vast as the book that inspired it.

When Coates first decided to pen a letter to his 15-year-old son, the news was reporting yet another endless, familiar cycle. "This was the year you saw Eric Garner choked to death," he writes. "You have seen men in uniform drive by and murder Tamir Rice ... you know now, if you did not before, that the police departments of your country have been endowed with the authority to destroy your body."

As written, Coates' visceral fear is extremely personal and widely applicable. As performed in this televised version by well over a dozen actors, his story flattens into something broader and more diffuse. It takes a minute to adjust to watching so many speakers (all filmed in August in their homes according to COVID-19 protocols). Something is lost in the translation between page and screen when dependent upon this many performers; their interpretations are powerful but scattered, and it's hard not to wonder if a pared-down version might have been more effective. But it's even harder to imagine which speakers should've been cut. Bassett is thoroughly commanding, Ali downright mesmerizing and executive producer Susan Kelechi Watson compelling in her portion on Howard University (Coates' "Mecca"). When Phylicia Rashad takes the role of a mother grieving her son, it's difficult to see anyone else trying it.

Throughout the book, Coates shares with his son the experiences that disillusioned him to "the Dream" white suburban kids got to live while he dodged systemic violence in Baltimore. He weaves a damning portrait of his country, built on the literal backs of his enslaved ancestors, and shares his fury at realizing just how little privileged white "Dreamers" are motivated to change it. "I do not believe we can stop [the Dreamers]," he wrote in 2015, "because they must ultimately stop themselves." In 2020, the America he described is all too accurate. The Dreamers didn't stop themselves; they elected Donald Trump president.

So, sure, many things have changed since "Between the World and Me" was published — but then again, from where Coates was writing, not really. Police violence against Black people still happens regularly, and still yields precious few consequences if any at all. Coates anticipated this, and so HBO's "Between the World and Me" barely has to alter anything to remain infuriatingly timely.

**CREDITS: Executive producers:** Kamilah Forbes, Ta-Nehisi Coates, Susan Kelechi Watson, Roger Ross Williams. 75 MIN. **Cast:** Ta-Nehisi Coates, Mahershala Ali, Angela Bassett, Angela Davis, Alicia Garza, Tip "T.I." Harris, Jharrel Jerome, Mimi Jones, Marc Bamuthi Joseph, Ledisi, Janet Mock, Jason Moran, Joe Morton, Wendell Pierce, Phylicia Rashad, Greg Alverez Reid, MJ Rodriguez, Kendrick Sampson, Yara Shahidi, Nate Smith, Tariq "Black Thought" Trotter, Courtney B. Vance, Olivia Washington, Pauletta Washington, Susan Kelechi Watson, Michelle Wilson, Oprah Winfrey

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
| --- | --- |
| THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*, Debtors.[1] | Case No. 18-10601 (MFW) (Jointly Administered) **Re: Docket Nos. 3096, 3098 and 3101** |

**NOTICE OF (A) PLAN CONFIRMATION HEARING, (B) OBJECTION AND VOTING DEADLINES, AND (C) SOLICITATION AND VOTING PROCEDURES**

**PLEASE TAKE NOTICE THAT** on November 17, 2020, the above-captioned debtors (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**" and, together with the Debtors, the "**Plan Proponents**"), filed the *Fourth Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 3096] (as it may be amended, modified or supplemented from time to time, the "**Plan**")[2] as set forth in the related Disclosure Statement [Docket No. 3098] (as it may be amended, modified or supplemented from time to time, the "**Disclosure Statement**"). On November 17, 2020, the Bankruptcy Court entered an order [Docket No. 3101] (the "**Disclosure Statement Order**"), among other things, approving the Disclosure Statement as containing "adequate information" pursuant to Bankruptcy Code Section 1125, and establishing certain dates and deadlines in connection with Plan confirmation.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Proponents are soliciting acceptances of the Plan from Holders of Claims who are entitled to vote on the Plan, including Class 4 (Sexual Misconduct Claims), Class 5 (Other Tort Claims), and Class 6 (General Unsecured Claims).

**PLEASE TAKE FURTHER NOTICE THAT IF THE HOLDERS OF SEXUAL MISCONDUCT CLAIMS IN CLASS 4 DO NOT VOTE IN FAVOR OF THE PLAN, THE PLAN PROPONENTS WILL NOT SEEK CONFIRMATION OF THE PLAN BEFORE THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on **January 14, 2021 at 10:00 a.m. (ET)**, before The Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), located at 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

Voting Record Date. The Voting Record Date is **November 5, 2020**.

Voting Deadline. The deadline for voting on the Plan is **December 18, 2020 at 5:00 p.m. (ET).**

Temporary Allowance of Claims for Voting Purposes. Any Holder of a Claim against the Debtors for which the Debtors have filed an objection shall not be entitled to vote on the Plan, and any Holder of a Claim against the Debtors for which such Holder has filed a proof of claim, which, in whole or in part, reflects an unliquidated or contingent claim, and which is not subject to an objection filed by the Debtors, shall have its claim temporarily allowed in either (i) the liquidated amount of the claim, or (ii) if the claim is entirely unliquidated, at $1.00, for voting purposes only, and not for purposes of allowance or distribution. If any such Holder of a Claim described in this paragraph disagrees with the Debtors' classification or status of its Claim, then such Holder MUST file with the Bankruptcy Court, on or before **4:00 p.m. prevailing Eastern Time on December 5, 2020**, a motion requesting temporary allowance of its Claim solely for voting purposes in accordance with Bankruptcy Rule 3018.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

**SECTIONS 5, 7 AND 14 OF THE PLAN CONTAIN CHANNELING INJUNCTION, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS. THESE PROVISIONS INCLUDE, BUT ARE NOT LIMITED TO THE RELEASES OF THE DEBTORS, THE DEBTORS' FORMER DIRECTORS AND OFFICERS (EXCEPT HARVEY WEINSTEIN) AND THE DEBTORS' INSURANCE COMPANIES (EXCEPT AS IT RELATES TO SEXUAL MISCONDUCT CLAIMS HELD BY HOLDERS OF SEXUAL MISCONDUCT CLAIMS WHO DO NOT AFFIRMATIVELY ELECT TO RELEASE HARVEY WEINSTEIN). UNDER THE PLAN, HOLDERS OF SEXUAL MISCONDUCT CLAIMS SHALL HAVE THE OPTION TO RELEASE HARVEY WEINSTEIN OR TO NOT RELEASE HARVEY WEINSTEIN AND PURSUE AN ACTION AGAINST HIM IN ANOTHER COURT OF COMPETENT JURISDICTION. YOU SHOULD REVIEW THESE PROVISIONS, AND THE ENTIRETY OF THE PLAN AND DISCLOSURE STATEMENT, CAREFULLY**.

Plan Objection Deadline. Objections, if any, to the Plan must be made in writing and filed with the Bankruptcy Court on or before **5:00 p.m. (ET) on December 18, 2020** and only those objections made in writing and timely filed may be considered by the Bankruptcy Court at the Confirmation Hearing. If no objections to the Plan are timely filed in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order confirming the Plan without further notice or hearing.

**ADDITIONAL INFORMATION**

Obtaining Solicitation Materials. If you would like to obtain a copy of the Plan and/or Disclosure Statement, or any other pleadings filed in the Debtors' chapter 11 cases, you may contact the Voting Agent, Epiq Bankruptcy Solutions, LLC, by: (i) calling the Debtors' restructuring hotline at 888-751-4999, or, if calling from outside the United States or Canada, at 503-597-5168; (ii) visiting the Debtors' restructuring website at: **https://dm.epiq11.com/twc**; and/or (iii) writing to The Weinstein Company Holdings LLC, c/o Epiq Bankruptcy Solutions LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: https://www.deb.uscourts.gov. Please be advised that the Voting Agent is authorized to answer questions and provide additional copies of solicitation materials but may not advise you as to whether you should vote to accept or reject the Plan.

**RICHARDS, LAYTON & FINGER, P.A.**, Mark D. Collins (No. 2981), Paul N. Heath (No. 3704), David T. Queroli (No. 6318), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701; **CRAVATH, SWAINE & MOORE LLP**, Paul H. Zumbro, Lauren A. Moskowitz, Salah M. Hawkins, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Telephone: (212) 474-1000, Facsimile: (212) 474-3700

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are 3837. The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/twc.

[2] Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan.