DOUGLAS H. WIGDOR (NY SBN 2609469)
dwigdor@wigdorlaw.com
MEREDITH A. FIRETOG (NY SBN 5298153)
mfiretog@wigdorlaw.com
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800

OMAR H. BENGALI (CA SBN 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300

Kevin Mintzer (NY SBN 2911667)
km@mintzerfirm.com
Laura L. Koistinen (NY SBN 5755079)
llk@mintzerfirm.com
(Admitted *pro hac vice*)
**LAW OFFICE OF KEVIN MINTZER, P.C.**
1350 Broadway, Suite 1410
New York, NY 10018
Tel.: (646) 843-8180

*Attorneys for Plaintiff Kellye Croft*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLYE CROFT,<br><br>                Plaintiff,<br><br>       vs.<br><br>JAMES DOLAN, HARVEY WEINSTEIN, JD & THE STRAIGHT SHOT, LLC, THE AZOFF COMPANY HOLDINGS LLC f/k/a/ AZOFF | Case No. 2:24-cv-00371-PA (AGR)<br><br>**[PROPOSED] ORDER DENYING DOLAN DEFENDANTS' MOTION TO DISMISS** |

[PROPOSED] ORDER DENYING DOLAN DEFENDANTS' MOTION TO DISMISS

| | |
|---|---|
| 1 | MUSIC MANAGEMENT, LLC, THE AZOFF COMPANY LLC f/k/a AZOFF MSG ENTERTAINMENT, LLC, DOE CORPORATIONS 1-10, |
| 2 | |
| 3 | Defendants. |

[PROPOSED] ORDER DENYING DOLAN DEFENDANTS' MOTION TO DISMISS

1 | The Court, having considered the arguments submitted by Plaintiff Kellye Croft in her Memorandum of Law in Opposition to Dolan Defendants' Motion to Dismiss, hereby ORDERS as follows: The Dolan Defendants' Motion to Dismiss is DENIED.

IT IS SO ORDERED

DATED: _____, 2024                    _____

                                          The Honorable Percy Anderson

                                          UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DENYING DOLAN DEFENDANTS' MOTION TO DISMISS