PERRY LAW
E. Danya Perry (admitted *pro hac vice*)
dperry@danyaperry.com
Karen Agnifilo (admitted *pro hac vice*)
kagnifilo@danyaperry.com
Joshua Stanton (admitted *pro hac vice*)
jstanton@danyaperrylaw.com
445 Park Ave, 7th Floor
New York, New York 10022
Telephone: (212) 213-3070
Facsimile: (646) 849-9609

[Additional attorneys are listed on next page]

*Attorneys for Defendants
James Dolan and JD & The Straight
Shot, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KELLYE CROFT. <br><br> Plaintiff, <br><br> vs. <br><br> JAMES DOLAN, HARVEY WEINSTEIN, JD & THE STRAIGHT SHOT, LLC, THE AZOFF COMPANY HOLDINGS LLC f/k/a AZOFF MUSIC MANAGEMENT, LLC, THE AZOFF COMPANY LLC f/k/a AZOFF MSG ENTERTAINMENT, LLC, and DOE CORPORATIONS 1-10, <br><br> Defendants. | Case No. 2:24-cv-00371-PA (AGR) <br><br> **NOTICE OF INTENT TO SEEK LEAVE TO DIVIDE ORAL ARGUMENT** <br><br> Date:   May 13, 2024 <br> Time:   1:30 p.m. <br> Judge:  Hon. Percy Anderson |

604410200

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
*rdugdale@kbkfirm.com*
Michael J. McCarthy (334829)
*mmccarthy@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile:  (310) 556-2705

ROSENBERG, GIGER & PERALA, P.C
John J. Rosenberg (admitted pro hac vice)
*jrosenberg@rglawpc.com*
152 West 57th Street, 18th Floor
New York, New York 10019
Telephone:  (646) 494-5000
Facsimile:    (646) 595-0590

**NOTICE OF INTENT TO SEEK LEAVE TO DIVIDE ORAL ARGUMENT TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 3, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9A of this Court, located at 350 West 1st Street, Los Angeles, California 90012, Defendants James Dolan and JD & the Straight Shot, LLC (collectively, the "Dolan Defendants") will seek leave to divide their June 3 argument time to have both lead counsel, E. Danya Perry, and co-counsel, John Rosenberg, present arguments on behalf of the Dolan Defendants in support of their Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion").

Mr. Rosenberg represented James Dolan in The Weinstein Company bankruptcy proceedings before the United States Bankruptcy Court for the District of Delaware, which culminated in a Release and Channeling Injunction that the Dolan Defendants assert forecloses Plaintiff's Aiding and Abetting claim against Mr. Dolan.

Should leave to divide the argument be granted, Mr. Rosenberg will argue the portion of the Motion related to The Weinstein Company bankruptcy proceedings (given his particular familiarity with those proceedings and how they are implicated in the instant case) and Ms. Perry will argue all other parts of the Motion.

DATED: May 29, 2024

Respectfully submitted,

PERRY LAW

By: /s/ E. Danya Perry
E. Danya Perry
Karen Agnifilo
Joshua Stanton
Attorneys for Defendants James Dolan and JD & The Straight Shot, LLC

By: /s/ John J. Rosenberg
John J. Rosenberg
ROSENBERG, GIGER & PERALA, P.C.
Attorneys for Defendants James Dolan and JD & The Straight Shot, LLC

By: /s/ Robert E. Dugdale
Robert E. Dugdale
Michael J. McCarthy
KENDALL BRILL & KELLY
Attorneys for Defendants James Dolan and JD & The Straight Shot, LLC

## **ATTESTATION**

I, Robert E. Dugdale, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Robert E. Dugdale
Robert E. Dugdale