Phyllis Kupferstein, Esq. [SBN 105898]
Kupferstein Manuel LLP
835 Wilshire Boulevard, 5th Floor
Los Angeles, CA  90017
Telephone:  (213) 988-7531
pk@kupfersteinmanuel.com

Attorneys for Defendant Harvey Weinstein

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLYE CROFT,<br><br>                Plaintiff,<br><br>    vs.<br><br>JAMES DOLAN; HARVEY WEINSTEIN; JD & THE STRAIGHT SHOT, LLC; THE AZOFF COMPANY HOLDINGS LLC f/k/a AZOFF MUSIC MANAGEMENT, LLC; THE AZOFF COMPANY LLC f/k/a AZOFF MSG ENTERTAINMENT, LLC; DOE CORPORATION 1-10,<br><br>                Defendants. | Case No. 2:24-cv-00371-PA (AGR)<br><br>**DECLARATION OF PHYLLIS KUPFERSTEIN IN SUPPORT OF DEFENDANT HARVEY WEINSTEIN'S MOTION TO STAY**<br><br>Date:     July 22, 2024<br>Time:    1:30 p.m.<br>Location: Courtroom 9A<br>Judge: Hon. Percy Anderson |

PHYLLIS KUPFERSTEIN, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury, as follows:

1. I am a Partner at Kupferstein Manuel LLP, counsel for Defendant Harvey Weinstein ("Mr. Weinstein"). This declaration is submitted in support of Mr. Weinstein's Motion to Stay ("Mr. Weinstein's Motion"). I have personal knowledge of the facts set forth here, and if called and sworn as a witness could testify truthfully to the following:

2. At Defendant's request, counsel for both Plaintiff and Defendant met and conferred by Zoom video conference on April 2, 2024. In that meeting, I asked

-1-
**DECLARATION OF PHYLLIS KUPFERSTEIN ISO DEFENDANT'S MOTION TO STAY**

if Plaintiff would stipulate to a stay of the action as to Defendant because of the pending criminal proceedings in California and New York. I explained that Defendant should not be placed in the position of having to waive his Fifth Amendment rights by responding to the Complaint and participating in discovery. I further stated that other civil federal cases in the Central District of California had granted stays, as had at least two cases in Los Angeles Superior Court. Plaintiff's counsel said they would discuss our request with their client.

3.  On April 4, 2024, Meredith Firetag, counsel for Plaintiff, sent an email to me and other defense counsel stating: "[We] have consulted with our client and are writing to let you know that Plaintiff does not consent to a stay of this action as to Harvey Weinstein." A true copy of that email is attached as Exhibit A.

4.  Stay orders have been granted and remain in effect in several civil cases brought against Defendant. Based on the same arguments set forth in Defendant's Motion to Stay here, Judge Philip S. Gutierrez granted Defendant's motion to stay in *Judd v. Weinstein*, 2:18-cv-05724 PSG (FFMx), on April 2, 2019 (Dkt. 62 at 7) ("Taking all factors into account, the Court concludes that it is in the interest of justice to stay this case.").

5.  The *Judd* case was administratively closed on July 7, 2023 (Dkt. 103), "[b]ased on the status of the criminal cases referenced in the parties' joint status report," but "can be reopened by ex parte application of any party."

6.  In *Loman v. Weinstein*, 2:18-cv-07310-CBM-KS, Judge Consuelo B. Marshall granted a stay on August 9, 2019 (Dkt. 37), which remains in effect.

7.  Defendant's motion to stay was granted February 28, 2019, by Judge Stephen V. Wilson in *Dominique Huett v. The Weinstein Company LLC*, No. CV 18-6012 SVW (MRWx) (Dkt. 50).

8.  Stays have been ordered in the following civil cases against Defendant in Los Angeles Superior Court ("LASC"): *Gripp v. Weinstein*, LASC Case No. 21STCV11877 (stay ordered January 7, 2022); *Doe v. Weinstein*, LASC Case No.

1  21STCV34987 (stay ordered January 19, 2023); and *Doe v. Weinstein*, LASC Case
2  No. 23SMCV05932 (stay ordered April 22, 2024). All three stays remain in effect,
3  as reflected in the dockets of those cases. See Exhibits B-D.
4     9.  Attached as Exhibit E is a true and correct copy of the decision in *Judy
5  Huth v. William Henry Cosby, Jr.*, BC565560 (Cal. Sup. Ct. Mar. 30, 2016).

7  Dated:  June 20, 2024                **KUPFERSTEIN MANUEL LLP**

                                         By: */s/ Phyllis Kupferstein*
                                         Phyllis Kupferstein
                                         *Attorneys for Defendant Harvey Weinstein*