UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 24-371 PA (AGRx) | Date | July 10, 2024 |
|---|---|---|---|
| Title | Kellye Croft v. James Dolan, et al. | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| Kamilla Sali-Suleyman | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:
None                                  None

**Proceedings:**   IN CHAMBERS – COURT ORDER

    Before the Court is a Motion to Stay this Case as to Him ("Motion to Stay") filed by defendant Harvey Weinstein ("Defendant"). (Docket No. 62.) The Motion to Stay has been fully briefed. (Docket Nos. 62, 64, 66.) Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds this matter appropriate for decision without oral argument, and takes the Motion to Stay under submission. The hearing calendared for July 22, 2024 at 1:30 p.m. is vacated and the matter taken off calendar.

    The Court further orders that Defendant's response to the Second Amended Complaint, filed on July 8, 2024, shall not be due while this Motion is under submission, and until further order of the Court.

    IT IS SO ORDERED.