JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLYE CROFT, | CV 24-371 PA (AGRx) |
|     Plaintiff, | JUDGMENT OF DISMISSAL |
|     v. | |
| JAMES DOLAN, et al., | |
|     Defendants. | |

    Pursuant to the Court's September 17, 2024 Order dismissing without leave to amend the federal claim for relief asserted by Plaintiff Kellye Croft ("Plaintiff") against defendants James Dolan, JD & The Straight Shot, LLC, The Azoff Company Holdings LLC and The Azoff Company LLC (collectively "Moving Defendants") and declining to exercise supplemental jurisdiction over Plaintiff's remaining state law causes of action;

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Plaintiff's first, claim for relief is dismissed with prejudice, and judgment is entered in favor of Moving Defendants;

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's second, third, and fourth claims for relief are dismissed without prejudice;

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing on her federal claim for relief; and Moving Defendants shall recover their costs of suit.

     IT IS SO ORDERED.

DATED: September 17, 2024

                                         Percy Anderson
                               UNITED STATES DISTRICT JUDGE