DOUGLAS H. WIGDOR (NY SBN 2609469)
dwigdor@wigdorlaw.com
MEREDITH A. FIRETOG (NY SBN 5298153)
mfiretog@wigdorlaw.com
(Admitted *pro hac vice*)
WIGDOR LLP
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800

OMAR H. BENGALI (CA SBN 276055)
obengali@girardbengali.com
GIRARD BENGALI, APC
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300

KEVIN MINTZER (NY SBN 2911667)
km@mintzerfirm.com
LAURA L. KOISTINEN (NY SBN 5755079)
llk@mintzerfirm.com
(Admitted *pro hac vice*)
LAW OFFICE OF KEVIN MINTZER, P.C.
1350 Broadway, Suite 1810
New York, NY 10018
Tel.: (646) 843-8180

*Attorneys for Plaintiff Kellye Croft*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLYE CROFT,<br><br>              Plaintiff,<br><br>       vs.<br><br>JAMES DOLAN, HARVEY WEINSTEIN, JD & THE STRAIGHT SHOT, LLC, THE AZOFF COMPANY HOLDINGS LLC f/k/a/ AZOFF MUSIC MANAGEMENT, LLC, | Case No. 2:24-cv-00371-PA (AGR)<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

| | |
|---|---|
| 1 | THE AZOFF COMPANY LLC f/k/a AZOFF MSG ENTERTAINMENT, LLC, DOE CORPORATIONS 1-10, |
| 2 | |
| 3 | Defendants. |

WIGDOR LLP
85 FIFTH AVE, FIFTH FLOOR
NEW YORK, NEW YORK 10003
(212) 257-6800

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

NOTICE IS HEREBY GIVEN that Appellant Kellye Croft, pursuant to Fed. R. App. P. 4(a)(1)(A) and 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order and Judgment (Dkt. Nos. 81 and 82) granting the Motions to Dismiss filed by Defendants James Dolan ("Dolan") and JD & The Straight Shot, LLC (collectively the "Dolan Defendants") (Dkt. No. 68) and by Defendants The Azoff Company Holdings LLC and the Azoff Company LLC (collectively the "Azoff Defendants") (Dkt. No. 69), respectively, from the United States District Court for the Central District of California as follows:

(1) On September 17, 2024, the United States District Court for the Central District of California issued an Order and Judgment granting Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint;

(2) The Court's Order of September 17, 2024 was an Order without Leave to Amend and therefore is a final order with respect to granting the Motion to Dismiss of the Dolan Defendants and the Azoff Defendants, and dismissed Plaintiff's claims under the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1591, 1595 with prejudice and without leave to amend; and

(3) The Court's Order of September 17, 2024, declined to exercise supplemental jurisdiction over Plaintiff's claims under state law claims Dolan and Defendant Harvey Weinstein, dismissing these claims without prejudice.

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**
1

Therefore, Plaintiff appeals from the Court's Order and Judgment granting Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

Dated: October 7, 2024

Respectfully submitted,

By: /s/ Meredith Firetog

**WIGDOR LLP**
Douglas H. Wigdor (Admitted *pro hac vice*)
Meredith A. Firetog (Admitted *pro hac vice*)
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com

**LAW OFFICE OF KEVIN MINTZER, P.C.**
Kevin Mintzer (Admitted *pro hac vice*)
Laura L. Koistinen (Admitted *pro hac vice*)
1350 Broadway, Suite 1810
New York, New York 10018
km@mintzerfirm.com
llk@mintzerfirm.com

**GIRARD BENGALI, APC**

Omar H. Bengali
355 S Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (323) 302-8300
obengali@girardbengali.com

*Attorneys for Plaintiff Kellye Croft*

---

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**
2

WIGDOR LLP
85 FIFTH AVE., FIFTH FLOOR
NEW YORK, NEW YORK 10003
(212) 257-6800

# REPRESENTATION STATEMENT

The undersigned represents Plaintiff-Appellant Kellye Croft and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant Kellye Croft | **WIGDOR LLP**<br>Douglas H. Wigdor (Admitted pro hac vice)<br>Meredith A. Firetog (Admitted pro hac vice) 85 Fifth Avenue, Fifth Floor<br>New York, NY 10003<br>Telephone: (212) 257-6800<br>dwigdor@wigdorlaw.com<br>mfiretog@wigdorlaw.com<br><br>**LAW OFFICE OF KEVIN MINTZER, P.C.**<br>Kevin Mintzer (Admitted pro hac vice)<br>Laura L. Koistinen (Admitted pro hac vice) 1350 Broadway, Suite 1810<br>New York, New York 10018<br>km@mintzerfirm.com<br>llk@mintzerfirm.com |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

3

| | |
|---|---|
| | **GIRARD BENGALI, APC**<br>Omar H. Bengali<br>355 S Grand Avenue, Suite 2450<br>Los Angeles, California 90071<br>Telephone: (323) 302-8300<br>obengali@girardbengali.com |
| Defendant-Appellee<br>The Azoff Company Holdings LLC<br>The Azoff Company LLC | **O'MELVENY & MEYERS LLP**<br>Catalina Vergara<br>Daniel M. Petrocelli<br>Kurt C. Brown<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>dpetrocelli@omm.com<br>cvergara@omm.com<br>kbrown@omm.com |
| Defendant-Appellee<br>James Dolan<br>JD & The Straight Shot, LLC | **PERRY LAW**<br>Joshua L. Stanton (*pro hac vice*)<br>Danya Perry (*pro hac vice*)<br>Karen P. Friedman Agniflo (*pro hac vice*)<br>445 Park Avenue, 7th Floor<br>New York, NY 10022<br>dperry@danyaperrylaw.com<br>jstanton@danyaperrylaw.com<br>kagniflo@danyaperrylaw.com<br><br>**KENDALL BRILL AND KELLY LLP**<br>Robert E. Dugdale<br>Michael J. McCarthy<br>10100 Santa Monica Boulevard, Suite 1725<br>Los Angeles, CA 90067<br>rdugdale@kbkfirm.com<br>mmccarthy@kbkfirm.com |

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

4

|  | **ROSENBERG, GIGER AND PERALA P.C.**<br>John J. Rosenberg (*pro hac vice*)<br>152 West 57th Street, 18th Floor<br>New York, NY 10019<br>jrosenberg@rglawpc.com |
|---|---|

WIGDOR LLP
85 FIFTH AVE, FIFTH FLOOR
NEW YORK, NEW YORK 10003
(212) 257-6800

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

5

| Defendant-Appellee<br>Harvey Weinstein | **KUPFERSTEIN MANUEL LLP**<br>Phyllis Kupferstein [SBN 108595]<br>835 Wilshire Boulevard, 5th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 988-7531<br>pk@kupfersteinmanuel.com |
|---|---|

Dated: October 7, 2024

Respectfully submitted,

By: /s/ Meredith Firetog

**WIGDOR LLP**
Douglas H. Wigdor (Admitted *pro hac vice*)
Meredith A. Firetog (Admitted *pro hac vice*)
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com


**LAW OFFICE OF KEVIN MINTZER, P.C.**
Kevin Mintzer (Admitted *pro hac vice*)
Laura L. Koistinen (Admitted *pro hac vice*)
1350 Broadway, Suite 1810
New York, New York 10018
km@mintzerfirm.com
llk@mintzerfirm.com


**GIRARD BENGALI, APC**
Omar H. Bengali
355 S Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (323) 302-8300
obengali@girardbengali.com

*Attorneys for Plaintiff Kellye Croft*

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

6